# Exhibit A

STATE OF INDIANA )    IN THE VANDERBURGH SUPERIOR COURT
                    ) SS:
COUNTY OF VANDERBURGH )    CAUSE NO. **82D05-2510-PL-006239**

| | |
|---|---|
| NU-PLAZA YACHT CLUB, INC., )| |
| )| |
| Plaintiff, )| |
| )| |
| v. )| |
| )| |
| ATLANTIC SPECIALTY INSURANCE )| |
| COMPANY, d/b/a INTACT INSURANCE )| |
| SPECIALTY SOLUTIONS, )| |
| )| |
| Defendant. )| |

## SUMMONS

TO DEFENDANT:    Atlantic Specialty Insurance Company, d/b/a
                     Intact Insurance Specialty Solutions
                     c/o Corporation Service Company, Registered Agent
                     135 N. Pennsylvania Street, Suite 1610
                     Indianapolis, IN 46204

      You are hereby notified that you have been sued by the person named as Plaintiffs and in the Court indicated above.

      The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiffs.

      An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiffs.

      If you have a claim for relief against the Plaintiffs arising from the same transaction or occurrence, you must assert it in your written answer.

Dated   **10/8/2025**  _____

                     Clerk, Vanderburgh County Circuit & Superior Courts

**Attorney for Plaintiff(s):**

                     **Clerk Information:**

Michael L. Schultz (20361-49)
PARR RICHEY FRANDSEN PATTERSON
   KRUSE LLP
251 N. Illinois Street, Suite 1800
Indianapolis, IN 46204
Telephone:      (317) 269-2500
Facsimile:       (317) 269-2514

                     Evansville-Vanderburgh County Civic Center
                     1 NW Martin Luther King Jr. Blvd., Suite 220
                     Evansville, IN 47708

7483560

**The following manner of service of Summons is hereby designated:**

   __X__    Registered or Certified Mail
_____    Service on individual at above address: County _____
_____    Service on agent: (specify) _____
_____    Service by Publication

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the \_\_\_\_\_ day of _____, 2025 I mailed a copy of this Summons and a copy of the Complaint to the Defendant, Atlantic Specialty Insurance Company, d/b/a Intact Insurance Specialty Solutions, by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

Dated   _____

                  _____
                  Clerk, Vanderburgh County Circuit & Superior Courts

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the Complaint mailed to the Defendant, was accepted on the \_\_\_\_\_ day of _____ 2025.
     I hereby certify that the attached return receipt was received by me on the \_\_\_\_\_ day of _____ 2025, showing that the summons and a copy of the Complaint was returned not accepted.
     I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to the Defendant, was accepted by _____ (age) _____ on behalf of said Defendant on the \_\_\_\_\_ day of _____ 2025.

                  _____
                  Clerk, Vanderburgh County Circuit & Superior Courts

## SERVICE ACKNOWLEDGED

A copy of the within Summons and a copy of the Complaint attached thereto were received by me at _____.

Dated _____       _____
                                       Signature of Defendant

## RETURN OF SERVICE OF SUMMONS

I hereby certify that I have served the within Summons:

(1) By delivering a copy of the Summons and a copy of the Complaint to the Defendant on the \_\_\_\_\_ day of _____ 2025.
(2) By leaving a copy of the Summons and a copy of the Complaint:
     a)  at the dwelling place or usual place of abode of the Defendant
     b)  with a person of suitable age and discretion residing therein, namely
          _____ and by mailing a copy of the Summons to the Defendant, by first class mail, to the address listed on the Summons, the last known address of the Defendant.

                  _____
                  Sheriff of _____ County, Indiana
                  By: _____

7483560

Filed: 10/8/2025 11:30 AM
Clerk
Vanderburgh County, Indiana

Vanderburgh Superior Court 5

STATE OF INDIANA           )     IN THE VANDERBURGH SUPERIOR COURT
                        ) SS:
COUNTY OF VANDERBURGH   )     CAUSE NO. **82D05-2510-PL-006239**

NU-PLAZA YACHT CLUB, INC.,    )
                                 )
           Plaintiff,         )
                                 )
      v.                  )
                                 )
ATLANTIC SPECIALTY INSURANCE   )
COMPANY, d/b/a INTACT INSURANCE  )
SPECIALTY SOLUTIONS,         )
                               )
          Defendant.       )

### COMPLAINT FOR DECLARATORY JUDGMENT AND DAMAGES AND DEMAND FOR JURY TRIAL

Plaintiff, Nu-Plaza Yacht Club, Inc. ("Nu-Plaza"), by counsel, for its Complaint for

Declaratory Judgment and Damages and Demand for Jury Trial against Defendant, Atlantic

Specialty Insurance Company, d/b/a Intact Insurance Specialty Solutions ("Atlantic Speciality"),

alleges and states the following:

### Nature of the Case

1.     This is an action at law and in equity for damages and injunctive and/or

declaratory relief arising out of the acts and omissions of Defendant.

2.     Plaintiff brings this action pursuant to the common and statutory law of the State

of Indiana.

### Jurisdiction and Venue

3.     This Court has jurisdiction over Defendant in accordance with applicable

constitutional principles and Rule 4.4, among others, of the Indiana Rules of Trial Procedure.

4.     Venue is proper in this Court because the case arises out of damage to and

indemnification regarding real property located in Vanderburgh County, Indiana and out of a

7480661

comprehensive policy of insurance that was intended by all parties to insure Plaintiff's yacht club property located in Vanderburgh County, Indiana.

5.    Venue is proper in Vanderburgh County under Ind. Trial Rule 75 because the insured property that is the subject of this dispute is located in Vanderburgh County.

**Parties**

6.    Plaintiff (hereinafter "Nu-Plaza") is a for-profit domestic corporation which, at all relevant times, owned and/or controlled real property situated in Indiana for which insurance coverage was sought from Defendant and which Defendant agreed to provide.

7.    At all times relevant, Defendant, Atlantic Specialty Insurance Company, d/b/a Intact Insurance Specialty Solutions (hereinafter "Atlantic Speciality"), was foreign insurance company authorized to do business in the State of Indiana, including Vanderburgh County. Atlantic Specialty's registered agent for service of process is Corporation Service Company, 135 N. Pennsylvania Street, Suite 1610, Indianapolis, IN 46204.

**Factual Allegations**

1.    Defendant issued Policy No. JH42174 to Plaintiff for the policy period October 21, 2024 to October 21, 2025 (the "Policy"). A copy of said Policy is attached hereto as **Exhibit A** and is incorporated by reference.

8.    The Policy includes Coverage Section V – Piers, Wharves, and Docks, which was intended by the parties to insure Plaintiff's docks for direct physical loss caused by any external cause, except as provided in specific exclusions.

9.    Plaintiff's docks were scheduled in the Policy at $75,000 each, subject to coinsurance, actual cash value valuation, and deductible provisions.

7480661

10.     On or about March 19, 2025, a large barge broke loose from its moorings on the Ohio River, drifted downstream uncontrolled, and struck Plaintiff's docks, completely destroying them (the "Loss").

11.     Plaintiff promptly reported the Loss to Defendant.

12.     The Loss to the docks and to Plaintiff's business operations was the direct and proximate result of the impact of a vessel, an external cause covered under the Policy.

13.     By letter dated March 28, 2025, Defendant denied coverage for the claim, asserting that because a tornado watch was in effect at the time, the damage was "indirectly caused by wind" and excluded under the Policy.

14.     Defendant's coverage position was unfounded, based on essentially no actual investigation, and part of Defendant's furtive design to avoid paying policy proceeds obviously due and payable to Plaintiff.

15.     The immediate and efficient cause of the loss was the barge impact, not wind.

16.     The Policy contains no exclusion for losses caused by vessels striking insured property.

17.     Plaintiff has complied with all conditions and obligations under the Policy.

18.     To the extent Plaintiff has not complied with all conditions or obligations under the Policy, such conditions or obligations have been waived by Atlantic Specialty, or Atlantic Specialty is estopped from relying on such conditions or obligations because of its conduct and/or by the circumstances of this loss and claim.

19.     Defendant has refused to pay Plaintiff's covered claim.

20.     Defendant's refusal to pay was unfounded.

21.     As a direct and proximate result of the actions and/or inactions of Defendant, Plaintiff has suffered and continues to suffer significant loss and damage over and above the damage caused by the Loss itself.

## FIRST CAUSE OF ACTION

### (Breach of Contract)

22.     Plaintiff incorporates by reference all of the above allegations.

23.     Plaintiff had a valid and enforceable contract with Atlantic specialty when the Loss occurred.

24.     Atlantic Specialty breached the insurance contract by failing to pay to Plaintiff the amounts due under the contract.

25.     As a direct and proximate cause of Atlantic Specialty's breach of contract, Plaintiff has been denied significant policy benefits due under the contract, in an amount not less than $300,000.00.

26.     As a further direct and proximate result of Atlantic Specialty's breach of contract, Plaintiff has suffered other reasonably contemplated damages, including without limitation incidental damages, consequential damages, lost business opportunity and profits, and prejudgment interest.

27.     Further, as a direct and proximate result of Atlantic Specialty's breach of the insurance contract, Plaintiff has been forced to engage legal counsel and will be required to pay counsel for their services.

28.     Plaintiff prays for judgment on this count in an amount to be determined by a jury at the trial of this matter.

4

7480661

## SECOND CAUSE OF ACTION

### (Declaratory Relief)

29.     Plaintiff incorporates by reference all of the above allegations.

30.     Plaintiff is entitled to a declaratory judgment from this court construing the

Policy, including its endorsements, terms, limitations, and conditions, and including other written

communications regarding the Policy, and the respective rights and responsibilities of the parties

under the Policy, including without limitation whether Atlantic Specialty is liable for the losses

incurred by Plaintiff.

31.     Plaintiff further requests any other relief the court deems equitable and proper,

including, but not limited to, an award of attorney fees, interest, and costs.

## THIRD CAUSE OF ACTION

### (Breach of the Duty of Good Faith and Fair Dealing)

32.     Plaintiff incorporates by reference all of the above allegations.

33.     Atlantic Specialty owed Nu-Plaza a duty of good faith and fair dealing in

handling, investigating, and paying Plaintiff's insurance claim. This duty includes, without

limitation:

        a.     Refraining from making unfounded refusals to pay policy benefits;

        b.     Refraining from causing unfounded delays in payment;

        c.     Refraining from misrepresenting the pertinent facts or policy provisions;

and

        d.     Exercising honesty and informed judgment in evaluating claims.

34.     Atlantic Specialty took an unreasonable and unfair approach to determining the

terms and endorsements of the insurance policy, which to date have had the effect of denying

5

promised coverage to the insured. Atlantic Specialty's position contravened the terms contained in the Policy issued to Plaintiff, to Plaintiff's detriment.

35.    Atlantic Specialty lacked reasonable justification for its actions, or, in the alternative, should have realized that its construction of the Policy was at odds with another reasonable construction of the Policy that would have entitled the insured to significant payments for the Loss.

36.    Atlantic Specialty placed its interests before the interests of the insured, and unfairly refused to pay policy benefits to which Plaintiff was and is entitled. Atlantic Specialty has made an unfounded refusal to pay policy proceeds to which Plaintiff was and is entitled.

37.    Atlantic Specialty acted with malice, fraud, gross negligence, and/or oppressiveness with respect to Plaintiff's claim.

38.    Atlantic Specialty has breached its duty of good faith due to the foregoing, and by:

        a.    Denying coverage without a reasonable basis in fact or law;

        b.    Mischaracterizing the cause of the Loss as "wind" despite clear evidence of a vessel impact;

        c.    Failing to conduct a full, fair, and prompt investigation at its own expense;

        d.    Placing its own financial interests above Plaintiff's rights; and

        e.    Acting with a furtive design to avoid paying needed Policy proceeds.

39.    Atlantic Specialty's conduct was willful, wanton, and in reckless disregard of Plaintiff's rights.

40.    Upon information and belief, and subject to the right to conduct reasonable discovery, Atlantic Specialty has a history of engaging in such conduct with respect to large

6

losses and its business model depends on delaying or denying otherwise valid claims such as the one at issue here.

41.     As a result of Atlantic Specialty's breach of the duty of good faith and fair dealing, Plaintiff has been damaged in an amount in excess of $1 million dollars.  Plaintiff prays for judgment against Atlantic Specialty in an amount in excess of $1 million dollars in compensatory damages, together with an award of punitive damages as allowed by law to punish Atlantic Specialty for its outrageous conduct and to deter such conduct in the future, plus interest, costs, and attorney fees.

**WHEREFORE**, Plaintiff demands judgment against Atlantic Specialty as set forth above plus costs, interest, and attorney's fees as allowed by law.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands trial by jury.

Respectfully submitted,


By:    /s/ Michael L. Schultz
         Michael L. Schultz (20361-49)
         James A. L. Buddenbaum (14511-49)
         PARR RICHEY FRANDSEN PATTERSON KRUSE LLP
         251 N. Illinois Street, Suite 1800
         Indianapolis, IN 46204
         Telephone:    (317) 269-2500
         Facsimile:    (317) 269-2514
         E-mail:        mschultz@parrlaw.com
                          jbuddenbaum@parrlaw.com

         *Attorneys for Plaintiff, Nu-Plaza Yacht Club, Inc.*

7480661

Vanderburgh Superior Court 5

# Intact Insurance:
# A Global Specialty Leader

---

Intact is the largest provider of property and casualty (P&C) insurance in Canada, a leading provider of global specialty insurance, and, with RSA, a leader in the U.K. and Ireland. The company- with roots that date back to 1809- has grown organically and through acquisitions to over $20 billion of total annual premiums.

## North American Capabilities

We provide specialty solutions to over 20 business segments. Our products and services are delivered through dedicated teams of insurance experts focused on a particular customer or industry group. Intact additionally offers cross-border capabilities for specialty customers based in Canada or the U.S. with operations across both countries.

## Ocean Marine Capabilities

Intact Ocean Marine offers a complete range of ocean marine insurance solutions. We have continuously served the global economy, commercial shipping and transportation industries since 1900. Products include, but are not limited to, commercial hull and protection & indemnity; primary and excess marine liabilities; marine packages for marinas, boat dealers, yacht clubs and a wide variety of commercial marine businesses such as ship repairers, terminals, wharf operators and marine contractors; ocean and air cargo, imported or exported, with coverage extensions such as inland transit, warehousing and processing;  and  yachts and pleasure craft. Property-casualty coverages in support of our marine customers are also available including comprehensive property, auto and CGL coverage.

## Financial Strength

Intact Insurance Specialty Solutions is a marketing brand for the insurance company subsidiaries of Intact Insurance Group USA LLC, a member of Intact Financial Corporation (TSX: IFC). Our solutions are backed by the financial strength of Atlantic Specialty Insurance Company.

A.M. BEST A+ | FITCH AA | MOODY'S A2

## People and Expertise Matter.

At Intact, we put customers first. We understand their needs in order to offer compelling solutions and deliver on our promises. We have a global team of more than 26,000 employees and more than 2,500 specialty experts dedicated to our North American operations - which includes underwriting and operations, risk control and claims. We have market-leading positions in Surety, Technology, Ocean Marine and others, providing solutions for small-to-mid size businesses.

We believe in providing a workplace that inspires and engages our employees. We're proud of being recognized as a Kincentric Best Employer in Canada, the U.S. and North America, overall.

## Interested? Get to know more:

intactspecialty.com/ocean-marine



Intact Insurance Specialty Solutions is the marketing brand for the insurance company subsidiaries of Intact Insurance Group USA LLC. Coverages may be underwritten by one of the following insurance companies: Atlantic Specialty Insurance Company, a New York insurer; Homeland Insurance Company of New York, a New York insurer; Homeland Insurance Company of Delaware, a Delaware insurer; OBI America Insurance Company, a Pennsylvania insurer; OBI National Insurance Company, a Pennsylvania insurer; or The Guarantee Company of North America USA, a Michigan insurer.  Each of these insurers maintains its principal place of business at 605 Highway 169 N, Plymouth, MN 55441, except The Guarantee Company of North America USA, which is located at One Towne Square, Southfield, MI 48076. This material is intended as a general description of certain types of insurance coverages and services. Coverages and availability vary by state; exclusions and deductibles may apply. Please refer to your insurance policy or consult with your independent insurance advisor for information about coverages, terms and conditions. Some coverage may be written by a surplus lines insurer through a licensed surplus lines broker. Surplus lines insurers do not generally participate in state guaranty funds and insureds are therefore not protected by such funds.

Exhibit A



# OCEAN MARINE INSURANCE CLAIMS INFORMATION

The following is useful information which will expedite the handling of claims and protect your rights under ocean marine insurance policies.

It is important to bear in mind unique circumstances may, at times, require additional documentation activities or procedures. Any questions relating to marine claims can be directed to your producer or the marine claim office listed below.

IMPORTANT: In the event of loss or damage, you are obligated to take necessary steps to mitigate the claim. Expenses reasonably incurred in taking such action are reimbursable under policy terms and condition. Failure to take necessary action can result in prejudice of your rights under your policy.

## WHAT TO DO IN THE EVENT OF LOSS

1. You or your producer should notify Intact Insurance Ocean Marine of all claims for damage to vessels, property or autos, if insured by the relevant policy, as soon as the loss occurs.

2. You or your producer should notify Intact Insurance Ocean Marine of all injury claims. Serious injuries or death claims should be reported to us immediately by telephone so we can determine the need to dispatch a surveyor, investigator and/or attorney to the accident site.

## NOTICE OF CLAIMS TO RESPONSIBLE PARTIES

The premium you are charged for your insurance is ultimately influenced by your experience on your policy. It is therefore in your best interest to ensure losses are reduced by placing us in a position to recover all or part of our payment to you from any responsible third party. This is called subrogation and your cooperation in this regard is further reinforced by policy terms. Monies collected by us in subrogation are credited to your premium / loss experience. If a third party is responsible for the loss, written notice of claims should be promptly made directly against such party with copy to the below marine claim office.

## CLAIMS REPORTING

You or your producer have several options to report claims to Intact Insurance Ocean Marine:

By phone at 877-248-3455 – Claims phoned into the 24/7 Call Center before 7p.m. EST will be immediately assigned a claim number. Producers can go to the producer portal the next business day to view the claim.

By email at MarineClaimsUSA@intactinsurance.com – When you wish to include attachments to accompany a claim, email reporting is ideal. To submit a claim via email, you will need to include an ACORD First Notice of Loss Form. Please report only one claim per email. The sender's email confirmation will serve as the acknowledgement that we have received the claim.

By Fax at 866-213-2802 – Only one claim should be submitted per fax transmission. The sender's fax receipt will serve as confirmation that we have received the claim

Exhibit A



*The Company issuing this policy is indicated below:*
*Atlantic Specialty Insurance Company*

| Policy Number | Renewal of |
|---|---|
| B5JH42174 | B5JH42174 |

| | |
|---|---|
| **Insured:** Nu-Plaza Yacht Club, Inc. | |
| **Street:** 5036 Old Henderson Rd. | |
| **City:** Evansville | **Producer No.: 1211938** |
| **State:** IN    **Zip:** 47712 | **Producer:** Midwest Underwriting Services, Inc. |
| **Policy Period**    12:01 am Standard Time | **Street:** 18225 Burnham Ste. 7 |
| **At place of Issuance** **FROM:** October 21, 2024 | **City:** Lansing |
| **TO:** October 21, 2025 | **State:** IL    **Zip:** 60438 |

| NAMED LOCATIONS | | | NAMED LOCATIONS (continued) |
|---|---|---|---|
| 1. | Boating Ramp at 5036 Old Henderson Rd, Evansville, IN 47712 | 4. | |
| 2. | Parcels 8, 6 & 9 - Fractional Sec 10, Twp 7S, Rge 11W, Vanderburgh Co, IN 47712 - 3 Acres Vacant Property | 5. | |
| 3. | 3909 Old Henderson Rd, Evansville, IN 47712 | 6. | |

| COVERAGE SECTION | | | PREMIUM | |
|---|---|---|---|---|
| I. | Marina Operators Legal Liability | Covered | $    3,048 | Min&Deposit |
| II. | Protection & Indemnity | Covered | $    1,584 | |
| III. | Commercial General Liability | Covered | Included | |
| IV. | Boat Dealers | Not Covered | | |
| V. | Piers, Wharves and Docks | Covered | $    7,140 | |
| VI. | Property | Covered | $    6,365 | |
| VII. | Equipment/Tools | Not Covered | | |
| VIII. | Owned Watercraft | Covered | $    1,515 | |
| | Terrorism | Not Covered | | |
| | Optional Coverage | Not Covered | | |

| | | |
|---|---|---|
| TOTAL PREMIUM | $    19,652 |
| STATE SURCHARGE | $        - |

*For account of themselves*
*Loss, if any payable to:*    **Assured or order**

**SUBJECT TO CONDITIONS OF FORM(S) ATTACHED HERETO.**

IMU Manuscript Policy Form MPP 0001 05 2020-Midwest-A as attached
and Endorsement No. 1, 2, 3, 4, 5, 6, 7 & 8
Commercial General Liability Coverage Form CG 00 01 04 13 and CG 21 50 04 13
ISO Property Forms CP 00 10 10 12, CP 00 90 07 88, CP 10 30 10 12 and Endorsements NMP-END 25 02 11, VCP 420a 09 13, IMU 0143 10 14

Coinsurance contract: The rate charged in this policy is based upon the use of the coinsurance clause attached to this policy, with the consent of the insured.

**LIMITS OF LIABILITY, AMOUNTS OF INSURANCE, AND DEDUCTIBLES AS PER THE DECLARATIONS PAGE**
**THIS POLICY IS MADE AND ACCEPTED SUBJECT TO THE FOREGOING PROVISIONS AND STIPULATIONS AND THOSE**
**HEREINAFTER STATED, WHICH ARE HEREBY MADE A PART OF THIS POLICY TOGETHER WITH OTHER SUCH**
**PROVISIONS, STIPULATIONS AND AGREEMENTS AS MAY BE ADDED HERETO, AS PROVIDED IN THIS POLICY.**

*IN WITNESS WHEREOF, this Company has caused this Policy to be executed below, but this*
*Policy shall not be valid unless countersigned by a duly authorized representative of the Company.*

*Kara L. B. Barrow*
*Countersigned by*
*this date*

*T. Michael Miller*
*President & CEO*
*October 21, 2024*

Exhibit A

**Nu-Plaza Yacht Club, Inc.**     *Declarations*           *Page 1*

**B5JH42174**     *Policy Term:*    *10/21/24*   to   *10/21/25*

| Coverage Section | | Deductible | Limit | | | Premium |
|---|---|---|---|---|---|---|
| **I** | **Marina Operators Legal Liability** | | | | Adjustable M&D $2,693 | **$ 3,048** |
| | A. Any One Vessel | *I* | | $25,000 | | **Min & Deposit** |
| | B. Any One Accident or Occurrence | | $1,000 | $1,000,000 | $101,611 Receipts, adjustable @ | 2.65% |
| | | | | | $0 Sales, adjustable @ | 0.41% |
| **II** | **Protection & Indemnity** | | | | | **$ 1,584** |
| | A. Any One Accident or Occurrence | *II* | $1,000 | $1,000,000 | | |
| | | | | | 1 Work Boat(s) | |
| **III** | **Commercial General Liability** | | | | | **Included** |
| | A. General Aggregate Limit (Other than Prod/Comp Ops) | | | $2,000,000 | | |
| | B. Products-Completed Operations Aggregate Limit | | | $1,000,000 | | |
| | C. Personal and Advertising Injury Limit | *III* | N/A | $1,000,000 | | |
| | D. Each Occurrence Limit | | | $1,000,000 | | |
| | E. Fire Damage Limit | | | $100,000 | | |
| | F. Medical Expense Limit | | | $5,000 | | |
| **IV** | **Boat Dealers Insurance** | | | | | **Not Covered** |
| | A. Any One Vessel | *IV* | | $0 | | |
| | B. Any One Location | | | $0 | | |
| | C. Any One Accident or Occurrence | | $0 | $0 | | |

| **V** | **Piers, Wharves, and Docks** | | Valuation => | Actual Cash Value - Co-Insurance 80% | | | |
|---|---|---|---|---|---|---|---|
| | Description | | | Insured Value | Deductible | Rate | |
| | 1. | Dock A 2018 Uncovered Dock 8'x618' | | $ 75,000 | $ 7,500 | 2.38% | $ 1,785 |
| | 2. | Dock B 2018 Uncovered Dock 8'x420' | | $ 75,000 | $ 7,500 | 2.38% | $ 1,785 |
| | 3. | Dock C 2018 Uncovered Dock 8'x478' | *V* | $ 75,000 | $ 7,500 | 2.38% | $ 1,785 |
| | 4. | Dock D 2018 Uncovered Dock 8'x485' | | $ 75,000 | $ 7,500 | 2.38% | $ 1,785 |
| | | Deductibles apply to all losses incl TL/CTL | | $ - | $ - | 0.00% | $ - |
| | | Excludes Wind/Flood/Ice/Freezing | | $ - | $ - | 0.00% | $ - |
| | | | | | | **PWD Total** | **$ 7,140** |

| **VI** | **Property Insurance** | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | No. of Properties | | **3** |
| | | | *VI* | As per Schedule | Building | | $ 6,365 |
| | | | | | Contents | | $ - |
| | | | | | Business Income & E. E. | | $ - |
| | | | | | **TOTAL Property** | | **$ 6,365** |
| **VII** | **Equipment/Tools** | *VII* | | As per Schedule | | | **Not Covered** |
| **VIII** | **Owned Watercraft** | *VIII* | | As per Schedule | | | **$ 1,515** |
| | **Terrorism** | | | | | | **Not Covered** |
| | **Optional Coverage** | | | | Limits | Deductible | |
| | | | | | | | $ - |
| | | | | | | | $ - |
| | | | | | | | $ - |
| | | | | | | | $ - |
| | | | | | | | $ - |
| | | | | | | | $ - |
| | | | | | | | $ - |
| | | | | **TOTAL Optional Coverage** | | | **Not Covered** |
| | | | | | **Grand Total** | | **$ 19,652** |

Exhibit A

*Nu-Plaza Yacht Club, Inc.*  *Declarations*  Page 2
B5JH42174    **Policy Term:**  *10/21/24*  *to*  *10/21/25*

### Schedule of Equipment/Tools    *Actual Cash Value - Co-Insurance 80%*

|  | Description | Value | Deductible | Rate | Premium |
|---|---|---|---|---|---|
| 1 | NOT COVERED | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |

Total Premium  Not Covered

### Schedule of Owned Watercraft    *Actual Cash Value - Co-Insurance 80%*

**IF NO VALUE IS SHOWN BELOW, COVERAGE IS FOR PROTECTION & INDEMNITY ONLY**

|  | Description | Value | Deductible | Rate | Premium |
|---|---|---|---|---|---|
| 1 | WORKBOAT 1984 36' Towboat #1H103684 | $50,000 | $5,000 | 3.03% | $1,515 |
| 2 | | | | | |
| 3 | Deductible Applies to All Losses including Total/Constructive Total Loss | | | | |
| 4 | Machinery Damage exclusion applies | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |

Total Premium  $1,515

Exhibit A

*Nu-Plaza Yacht Club, Inc.*          *Declarations*          *Page 3*

*Schedule of Property*     *Policy Term:*    10/21/24   to   10/21/25     B5JH42174

| | | Description | Insured Value | Rate | Premium |
|---|---|---|---|---|---|
| **Bldg 3-1** | **Building** | Storage 20K SF | $800,000 | 0.67% | $5,360 |
| | **Contents** | | Not Covered | | |
| | **Business Income & Extra Expense** ======> | | Not Covered | | |
| | **Valuation** | Actual Cash Value - 80% Co-Ins | | | **Total for Property** |
| | **Property Deductible** | $5,000 | | | **$5,360** |
| **Bldg 3-2** | **Building** | Boat Welding Shop/Boat Storage | $100,000 | 0.59% | $590 |
| | **Contents** | | Not Covered | | |
| | **Business Income & Extra Expense** ======> | | Not Covered | | |
| | **Valuation** | Actual Cash Value - 80% Co-Ins | | | **Total for Property** |
| | **Property Deductible** | $5,000 | | | **$590** |
| **Bldg 3-3** | **Building** | Enclosed RV Carport | $50,000 | 0.83% | $415 |
| | **Contents** | | Not Covered | | |
| | **Business Income & Extra Expense** ======> | | Not Covered | | |
| | **Valuation** | Actual Cash Value - 80% Co-Ins | | | **Total for Property** |
| | **Property Deductible** | $5,000 | | | **$415** |
| **Bldg** | **Building** | | | | |
| | **Contents** | | | | |
| | **Business Income & Extra Expense** ======> | | | | |
| | **Valuation** | | | | **Total for Property** |
| | **Property Deductible** | | | | |
| **Bldg** | **Building** | | | | |
| | **Contents** | | | | |
| | **Business Income & Extra Expense** ======> | | | | |
| | **Valuation** | | | | **Total for Property** |
| | **Property Deductible** | | | | |
| **Bldg** | **Building** | | | | |
| | **Contents** | | | | |
| | **Business Income & Extra Expense** ======> | | | | |
| | **Valuation** | | | | **Total for Property** |
| | **Property Deductible** | | | | |
| **Bldg** | **Building** | | | | |
| | **Contents** | | | | |
| | **Business Income & Extra Expense** ======> | | | | |
| | **Valuation** | | | | **Total for Property** |
| | **Property Deductible** | | | | |
| **Bldg** | **Building** | | | | |
| | **Contents** | | | | |
| | **Business Income & Extra Expense** ======> | | | | |
| | **Valuation** | | | | **Total for Property** |
| | **Property Deductible** | | | | |
| **Bldg** | **Building** | | | | |
| | **Contents** | | | | |
| | **Business Income & Extra Expense** ======> | | | | |
| | **Valuation** | | | | **Total for Property** |
| | **Property Deductible** | | | | |
| **Bldg** | **Building** | | | | |
| | **Contents** | | | | |
| | **Business Income & Extra Expense** ======> | | | | |
| | **Valuation** | | | | **Total for Property** |
| | **Property Deductible** | | | | |
| **Bldg** | **Building** | | | | |
| | **Contents** | | | | |
| | **Business Income & Extra Expense** ======> | | | | |
| | **Valuation** | | | | **Total for Property** |
| | **Property Deductible** | | | | |
| **Bldg** | **Building** | | | | |
| | **Contents** | | | | |
| | **Business Income & Extra Expense** ======> | | | | |
| | **Valuation** | | | | **Total for Property** |
| | **Property Deductible** | | | | |

Exhibit A

**Nu-Plaza Yacht Club, Inc.**
**B5JH42174**          **Policy Term:**     **Declarations**              **Page 4**
**Mortgagees**                              **10/21/24    to    10/21/25**

*Name and Address*                  **Location and Interest**              *Coverage Section(s) Applicable*

NONE                        *Location*

                            *Interest*


*Name and Address*                  **Location and Interest**              *Coverage Section(s) Applicable*

                            *Location*

                            *Interest*


*Name and Address*                  **Location and Interest**              *Coverage Section(s) Applicable*

                            *Location*

                            *Interest*


*Name and Address*                  **Location and Interest**              *Coverage Section(s) Applicable*

                            *Location*

                            *Interest*


---

**Loss Payees**

*Name and Address*                  **Location and Interest**              *Coverage Section(s) Applicable*

Express Premium Finance     *Location*    1              V - Piers, Wharves and Docks
P.O. Box 108832                                            VI - Property
Oklahoma City OK 73101      *Interest*    Loss Payee       VIII - Owned Watercraft


*Name and Address*                  **Location and Interest**              *Coverage Section(s) Applicable*

                            *Location*

                            *Interest*


*Name and Address*                  **Location and Interest**              *Coverage Section(s) Applicable*

                            *Location*

                            *Interest*


*Name and Address*                  **Location and Interest**              *Coverage Section(s) Applicable*

                            *Location*

                            *Interest*


Exhibit A

*Declarations*
*Endorsement No.* _____1_____

*To be attached to and made part of Policy No.*   **B5JH42174**   *of*   **Atlantic Specialty Insurance Company** _____

**Insuring**   **Nu-Plaza Yacht Club, Inc.** _____

Effective from   **October 21, 2024**   , it is hereby mutually understood and agreed that this policy specifically excludes any and all liability caused directly or indirectly by or resulting from:

Rental of boats or vessels as defined in this endorsement, irrespective of whether such liability arises directly or indirectly from the rental of boats or vessels on land, water, any dock(s) or mooring structure(s) or any other location. Boats or vessels include charter or lease of any vessel, boat, jet ski, wave runner or similar type craft, and

Any and all liability from RACK storage operations, and

Any and all liability from sales of any type  (but fuel sales are insured hereunder), and

Any and all liability to/from jet skis, wave runners or similar type craft, and

Any and all liability to/from snowmobiles, and

Any and all liability to/from ATV's.

With regard to coverage provided under **Section II, Protection & Indemnity**, such coverage shall be limited to :
the following vessels

B. Those vessels owned by the insured and used as work boats as scheduled on the Owned Watercraft Schedule
  1) 1984 36' Towboat #1H103684 used exclusively for the purpose of moving the insured's docks around in the waters
  of the Marina at Location 1
  Warranted vessel laid up and out of commssion (ASHORE) at  Location 1  from 11/1 to 4/1 , both dates inclusive
  It is further understood that coverage for this vessel is subject to a $25,000 Sub-limit for wreck removal

**WARRANTY**
It is warranted that any tenants using the insured's proprety carry CGL limits of at least $1,000,000 per occurrence;
$1,000,000 aggregate with $100,000 of fire damage legal liability coverage. Such tenant shall name and waive insured and
provide Ctf of Insurance evidencing coverage.
**ANY BREACH TO THIS WARRANTY VOIDES ALL COVERAGES UNDER THIS POLICY.**

**Sections I and III are subject to a Minimum & Deposit Premiums, which is fully earned at inception unless
this policy is cancelled by this company at which time the unearned premium shall be pro rated.**

Exhibit A



Endorsement No.          **2**                    Atlantic Specialty Insurance Company

This Endorsement, effective     **October 21, 2024**     Forms a part of Policy No. **B5JH42174**

Issued to:  **Nu-Plaza Yacht Club, Inc.**

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY

### EXCLUSION OF CERTIFIED ACTS OF TERRORISM

**The terms and conditions of this endorsement shall apply to all coverages insured under this policy EXCEPT that it shall not apply to the following (if insured under this policy):**

• Piers, Wharves and Docks Insurance Coverage Section
• Business Property Insurance Coverage Section
• Hired Auto and Non-Owned Auto Liability Endorsement
• Stop Gap Employer's Liability Endorsement

Notwithstanding any provision to the contrary contained within this policy, it is agreed that this policy excludes any injury, loss or damage arising directly or indirectly out of a "certified act of terrorism".  Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

The following definition is added:
    "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury,
    in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an
    act of terrorism pursuant to such Act.  The criteria contained in the Terrorism Risk Insurance
    Act for a "certified act of terrorism" include the following:

    a. The act resulted in insured losses in excess of $5 million in the aggregate, attributable
       to all types of insurance subject to the Terrorism Risk Insurance Act; and

    b. The act is a violent act or an act that is dangerous to human life, property or
       infrastructure and is committed by an individual or individuals as part of an effort to
       coerce the civilian population of the United States or to influence the policy or affect
       the conduct of the United States Government by coercion.

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Policy

All other Terms and Conditions remain unchanged.

NMP-Cert Terr Out(PWD) 2015

Exhibit A



Endorsement No.          **3**                    Atlantic Specialty Insurance Company

This Endorsement, effective    **October 21, 2024**        Forms a part of Policy No. **B5JH42174**

Issued to:  **Nu-Plaza Yacht Club, Inc.**

### THIS ENDORSEMENT MODIFIES COVERAGE PROVIDED UNDER
### SECTION V PIERS WHARVES AND DOCKS INSURANCE
### SECTION VI BUSINESS PROPERTY INSURANCE

### EXCLUSION OF TERRORISM

Notwithstanding any provision to the contrary within this Policy, it is agreed that this Policy excludes loss or damage caused directly or indirectly by terrorism, including action in hindering or defending against an actual or expected incident of terrorism. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

Terrorism means activities against persons, organizations or property of any nature:
1. That involve the following or preparation for the following:
   a. Use or threat of force or violence; or
   b. Commission or threat of a dangerous act; or
   c. Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and
2. When one or both of the following applies:
   a. The effect is to indtimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or
   b. It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology

All other Terms and Conditions remain unchanged.

Terr Ex PWDProp NonFireSt 2015

Exhibit A



Endorsement No.                4                        Atlantic Specialty Insurance Company

This Endorsement, effective    **October 21, 2024**    Forms a part of Policy No. **B5JH42174**

Issued to: **Nu-Plaza Yacht Club, Inc.**

**THIS ENDORSEMENT MODIFIES COVERAGE PROVIDED UNDER**
**SECTION III COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

**TOTAL EXCLUSION FUNGI, SPORE, BACTERIA OR VIRUS**

This insurance does not apply to "bodily injury," "property damage," "personal injury," "advertising injury," or "personal and advertising injury" of any nature whatsoever, concurrently or non-concurrently caused by, arising out of, resulting from, contributed to, aggravated by, or in any way related to, directly or indirectly, in whole or in part, any fungi (including but not limited to any mold, mildew, yeast or mycotoxin), spore, bacteria or virus.

This exclusion does not apply to "bodily injury" arising out of the ingestion of food, beverage, or FDA approved nutritional supplement or medication.

All other Terms and Conditions remain unchanged.

NMP-Fungi

Exhibit A

POLICY NUMBER: B5JH42174
Insured: Nu-Plaza Yacht Club, Inc.
Endorsement No. 5

**COMMERCIAL GENERAL LIABILITY**
**CG 21 44 04 17**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LIMITATION OF COVERAGE TO DESIGNATED PREMISES, PROJECT OR OPERATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Premises: |
| --- |
| **Loc-1 - Docks and Boat Ramp Only** |
| **Loc-2 - 2 acres vacant property** |
| Project Or Operation: |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** If this endorsement is attached to Commercial General Liability Coverage Form **CG 00 01**, the provisions under this Paragraph **A.** apply:

**1.** Paragraph **1.b.** under **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**b.** This insurance applies to "bodily injury" and "property damage" caused by an "occurrence" that takes place in the "coverage territory" only if:

**(1)** The "bodily injury" or "property damage":

**(a)** Occurs on the premises shown in the Schedule or the grounds and structures appurtenant to those premises; or

**(b)** Arises out of the project or operation shown in the Schedule;

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**2.** Paragraph **1.b.** under **Section I – Coverage B – Personal And Advertising Injury Liability** is replaced by the following:

**b.** This insurance applies to "personal and advertising injury" caused by an offense committed in the "coverage territory" but only if:

**(1)** The offense arises out of your business:

**(a)** Performed on the premises shown in the Schedule; or

Exhibit A

**(b)** In connection with the project or operation shown in the Schedule; and

**(2)** The offense was committed during the policy period.

However, with respect to Paragraph **1.b.(1)(a)** of this Insuring Agreement, if the "personal and advertising injury" is caused by:

**(1)** False arrest, detention or imprisonment; or

**(2)** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

then such offense must arise out of your business performed on the premises shown in the Schedule and the offense must have been committed on the premises shown in the Schedule or the grounds and structures appurtenant to those premises.

**3.** Paragraph **1.a.** under **Section I – Coverage C – Medical Payments** is replaced by the following:

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident that takes place in the "coverage territory" if the "bodily injury":

**(1)** Occurs on the premises shown in the Schedule or the grounds and structures appurtenant to those premises; or

**(2)** Arises out of the project or operation shown in the Schedule;

provided that:

**(a)** The accident takes place during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**B.** If this endorsement is attached to Commercial General Liability Coverage Form **CG 00 02,** the provisions under this Paragraph **B.** apply:

**1.** Paragraph **1.b.** under **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**b.** This insurance applies to "bodily injury" and "property damage" caused by an "occurrence" that takes place in the "coverage territory" only if:

**(1)** The "bodily injury" or "property damage":

**(a)** Occurs on the premises shown in the Schedule or the grounds and structures appurtenant to those premises; or

**(b)** Arises out of the project or operation shown in the Schedule;

**(2)** The "bodily injury" or "property damage" did not occur before the Retroactive Date, if any, shown in the Declarations or after the end of the policy period; and

**(3)** A claim for damages because of the "bodily injury" or "property damage" is first made against any insured, in accordance with Paragraph **1.c.** of this Insuring Agreement, during the policy period or any Extended Reporting Period we provide under Section **V – Extended Reporting Periods.**

**2.** Paragraph **1.b.** under **Section I – Coverage B – Personal And Advertising Injury Liability** is replaced by the following:

**b.** This insurance applies to "personal and advertising injury" caused by an offense committed in the "coverage territory" but only if:

**(1)** The offense arises out of your business:

**(a)** Performed on the premises shown in the Schedule; or

**(b)** In connection with the project or operation shown in the Schedule;

**(2)** The offense was not committed before the Retroactive Date, if any, shown in the Declarations or after the end of the policy period; and

© Insurance Services Office, Inc., 2016

CG 21 44 04 17

Exhibit A

**(3)** A claim for damages because of the "personal and advertising injury" is first made against any insured, in accordance with Paragraph **1.c.** of this Insuring Agreement, during the policy period or any Extended Reporting Period we provide under Section **V –** Extended Reporting Periods.

However, with respect to Paragraph **1.b.(1)(a)** of this Insuring Agreement, if the "personal and advertising injury" is caused by:

**(1)** False arrest, detention or imprisonment; or

**(2)** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

then such offense must arise out of your business performed on the premises shown in the Schedule and the offense must have been committed on the premises shown in the Schedule or the grounds and structures appurtenant to those premises.

**3.** Paragraph **1.a.** under **Section I – Coverage C – Medical Payments** is replaced by the following:

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident that takes place in the "coverage territory" if the "bodily injury":

**(1)** Occurs on the premises shown in the Schedule or the grounds and structures appurtenant to those premises; or

**(2)** Arises out of the project or operation shown in the Schedule;

provided that:

**(a)** The accident takes place during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

© Insurance Services Office, Inc., 2016

Exhibit A



Endorsement No. 6                                    Atlantic Specialty Insurance Company

This Endorsement, effective  **October 21, 2024**   forms a part of Policy No.  **B5JH42174**

issued to:   **Nu-Plaza Yacht Club, Inc.**


# EXCLUSION FOR WORK PERFORMED PRIOR TO OCTOBER 21, 2021


This endorsement modifies insurance provided under the following:
   **COMMERCIAL GENERAL LIABLITY COVER PART:**


**----Exclusions COVERAGE A (Section I) Clause 2, the following clause is added:**
   r. Prior Work
      "Bodily injury" or "property damage" caused by "your work" or "your product" performed prior
      to October 21, 2021


**----Exclusions COVERAGE B (Section I)  Clause 2, the following clause is added:**
   q. Prior Work
      "Bodily injury" or "property damage" caused by "your work" or "your product" performed prior
      to October 21, 2021

**----Exclusion COVERAGE C (Section I) Clause 2, the following clause is added:**
   h. Prior Work
      "Bodily injury" or "property damage" caused by "your work" or "your product" performed prior
      to October 21, 2021


**I understand the above exclusions and agree to these terms.**


                              <u>**On File with Company**</u>         **10/21/21**
                              **Signature of Insured**          **Date**


Exhibit A



Endorsement No. **7**                              Atlantic Specialty Insurance Company

This Endorsement, effective **October, 21 2024** forms a part of Policy No. **B5JH42174**

issued  to  **Nu-Plaza Yacht Club, Inc.**

### AMERICAN INSTITUTE COMMUNICABLE DISEASE EXCLUSION (6/15/2020)

**This clause shall be paramount and shall override anything contained in this insurance inconsistent therewith, and shall apply to all coverage sections, coverage parts, forms and endorsements forming part of this policy.**

This insurance excludes coverage for:

1)   any loss, injury, damage, liability, cost, or expense directly or indirectly arising from the actual, alleged, or suspected transmission or existence of a "Communicable Disease" or the substance or agent that causes the "Communicable Disease";

2)   any liability for, or loss, cost, or expense incurred to identify, detect, prevent, clean up, detoxify, remove, eliminate, neutralize, monitor, or test for a "Communicable Disease" or the substance or agent that causes the "Communicable Disease";

3)   any liability for, or loss, cost or expense arising out of, any loss of revenue, loss of hire, diminution of value, business interruption, loss of market, delay or any direct or indirect financial loss, howsoever described, as a result of, or relating to a "Communicable Disease" or the substance or agent that causes the "Communicable Disease";

4)   any fines, penalties, or punitive or compensatory damages as a result of, or relating to (1), (2), or (3) above.

### DEFINITION

"Communicable Disease" means any disease which can be transmitted by means of any substance or agent from any organism to another organism where:

a.   the substance or agent includes, but is not limited to, a virus, bacterium, parasite or other organism or any variation thereof, whether deemed living or not, and

b.   the method of transmission, whether direct or indirect, includes but is not limited to, airborne transmission, bodily fluid transmission, transmission from or to any surface or object, solid, liquid or gas or between organisms, and

c.   the disease, substance or agent can cause or threaten damage to human health or human welfare or can cause or threaten damage to, deterioration of, loss of value of, marketability of or loss of use of property insured hereunder.

All Other Terms And Conditions Of This Policy Shall Remain Unchanged.

IMU 0255 0620                              Exhibit A



Endorsement No. **8**                          Atlantic Specialty Insurance Company

This Endorsement, effective **October 21, 2024**, forms a part of Policy No. **B5JH42174**

issued to: **Nu-Plaza Yacht Club**

## ABUSE OR MOLESTATION EXCLUSION

This insurance does not apply to any liability for death, bodily injury, personal injury, property damage, mental anguish, emotional distress, fine or penalty (including investigation and defense) caused by or resulting from, either directly or indirectly:

1. The actual, alleged or threatened abuse or molestation, including but not limited to sexual abuse or sexual molestation, of any person committed by anyone; or

2. The negligent:

   a. Employment;
   b. Investigation;
   c. Supervision;
   d. Reporting to the proper authorities, or failure to so report; or
   e. Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph 1. above.

*All other policy terms and conditions remain unchanged.*

Exhibit A



# Marina Package Program

## Introduction

The Marina Package Program was developed by Intact Insurance Ocean Marine for the convenience of the marina operator and boat dealer. The Program is a collection of different kinds of coverage which may be important to the marina operator and boat dealer. By choosing the appropriate Coverage Sections, described below, a marina operator and boat dealer can easily assemble a customized program. The Declarations pages will indicate what kinds of coverages are chosen by the particular marina operator and boat dealer under this Program, together with the limits of liability, deductibles, schedules of property and locations insured under each kind of coverage selected. Only those kinds of coverage specifically chosen for which the word "COVERED" is indicated and a premium is shown on page one of the Declarations, will be provided under the Program.

The liability coverages available through this Program, at the marina operator's and boat dealer's option, are designated herein as the following Coverage Sections:

I.   **Marina Operators Legal Liability**
II.  **Protection and Indemnity**
III. **Commercial General Liability**

The property coverages available through this Program, also at the marina operator's and boat dealer's option, are

IV.   **Boat Dealers Insurance**
V.    **Piers, Wharves, and Docks Insurance**
VI.   **Business Property Insurance**
VII.  **Equipment/Tools Insurance**
VIII. **Owned Watercraft Insurance**

Each of the Coverage Sections is subject to its own terms, conditions, exclusions and endorsements. These provisions, together with the Declarations for the particular Coverage Section, should be read carefully since they determine rights, duties, limitations and what is and is not covered.

In addition to the provisions for each Coverage Section, there are General Exclusions from Coverage applicable to all the Coverage Sections selected. These General Exclusions from Coverage are set forth in the section of this Program designated:

IX.  **General Exclusions from Coverage (Applicable to all Coverage Sections)**

There are also General Conditions of Coverage, which apply to all the Coverage Sections, in addition to the provisions of each Coverage Section. These General Conditions of Coverage are set forth in the section of this Program designated:

X.   **General Conditions of Coverage (Applicable to all Coverage Sections)**

The General Exclusions (Section IX) and the General Conditions (Section X) should also be read carefully, since they determine rights, duties, limitations and what is and is not covered with respect to all the Coverage Sections selected under this Program.

Contains copyrighted material of Insurance Services Office, Inc. with its permission.
Exhibit A

# Table of Contents

**Marina Operators Legal Liability ....................... 3**
1. Coverage ................................................. 3
2. Exclusion from Coverage ........................... 3
3. Newly Acquired Locations ......................... 3
4. Limited Pollution Coverage ........................ 3

**Protection & Indemnity ................................... 5**
1. Coverage ................................................. 5
2. Exclusions from Coverage ......................... 5
3. Medical Payments .................................... 6
4. Limited Pollution Coverage ........................ 6
5. Automatic Acquisition Clause .................... 7
6. Territorial Limits ...................................... 7

**Commercial General Liability ........................... 8**
1. CGL Clauses ........................................... 8

**Boat Dealers Insurance ................................... 9**
1. Coverage ................................................. 9
2. Property Covered ..................................... 9
3. Property Not Covered ............................... 9
4. Demonstration, Delivery, Testing and
   Transport Warranty ................................... 9
5. Territorial Limits ...................................... 9
6. Exclusions from Coverage ......................... 9
7. Valuation ............................................... 10
8. Repairs ................................................. 10
9. Carrier or Bailee .................................... 10
10. Unrepaired Damage ............................... 11
11. Abandonment ....................................... 11
12. Reporting and Adjustment ...................... 11
13. Dispute Resolution ................................ 11

**Piers, Wharves, & Docks Insurance ................ 12**
1. Coverage ............................................... 12
2. Property Covered ................................... 12
3. Property Not Covered ............................. 12
4. Warranty ............................................... 12
5. Exclusions from Coverage ....................... 12
6. Repair Costs .......................................... 12
7. Valuation ............................................... 13
8. Deductible ............................................. 13
9. Coinsurance .......................................... 13
10. Actual Cash Value Coverage .................. 13
11. Replacement Cost Coverage ................... 13
12. Debris Removal ..................................... 13
13. Appraisal............................................... 14

**Business Property Insurance .......................... 15**
1.    Building and Personal Property Clauses .... 15

**Equipment/Tools ........................................... 16**
1. Coverage ............................................... 16
2. Property Covered ................................... 16
3. Property Not Covered ............................. 16
4. Territorial Limits .................................... 16
5. Exclusions from Coverage ....................... 16
6. Repair Costs .......................................... 16
7. Valuation ............................................... 17
8. Coinsurance .......................................... 17
9. Actual Cash Value Coverage .................. 17
10. Replacement Cost Coverage ................... 17

11. Waiver of Depreciation ........................... 17
12. Other Recoveries ................................... 17
13. Release of Carrier's Liability .................... 17
14. Abandonment ....................................... 17
15. Additional Coverages ............................. 17

**Owned Watercraft Insurance ........................... 19**
1. Coverage ............................................... 19
2. Territorial Limits .................................... 19
3. Warranties ............................................. 19
4. Exclusions from Coverage ....................... 19
5. Valuation ............................................... 20
6. Total Loss / Constructive Total Loss ......... 20
7. Partial Loss ........................................... 20
8. Repair Coverage .................................... 20
9. Unrepaired Damage ................................ 20
10. Automatic Acquisition Clause .................. 20
11. Appraisal .............................................. 20

**General Exclusions ....................................... 21**
1. Extended Radioactive Contamination Ex-
   clusion Clause (RACE 3/1/03) .................. 21
2. War Risk Exclusion ................................ 21
3. Chemical, Biological, BioChemical and
   Electromagnetic Weapon Exclusion .......... 21
4. Punitive Damages Exclusion .................... 22
5. Absolute Pollution Exclusion .................... 22
6. Health Hazard Exclusion ......................... 23
7. Employment Related Practices Exclusion ... 23
8. United States Economic and Trade
   Sanctions Clause.................................... 24
9. AIMU Cyber Exclusion Clause................... 24

**General Conditions ....................................... 25**
1. Insured ................................................. 25
2. Deductible ............................................. 25
3. Limits of Liability .................................... 25
4. Claim Costs and Expenses ...................... 25
5. Records and Reports .............................. 25
6. Inspections and Surveys .......................... 26
7. Concealment, Misrepresentation or
   Fraud .................................................... 26
8. Notice of Loss ....................................... 26
9. Protection of Property and
   Cooperation of the Insured ...................... 26
10 Payment of Losses ................................. 26
11. Subrogation........................................... 26
12. Impairment of Recovery Rights.................. 26
13. Cancellation .......................................... 27
14. Conformity to Statutes ............................ 27
15. Transfer of Legal Rights........................... 27
16. No Benefit to Bailee ............................... 27
17. Other Insurance ..................................... 27
18. Changes................................................ 27
19. Coinsurance .......................................... 27
20. Time for Suit.......................................... 28
21. Mortgagee and Trustee Interest................ 28
22. Captions, Titles Clause ........................... 29
23. Reporting and Adjustment ....................... 29
24. Definitions ............................................ 29

# Coverage Section I

## Marina Operators Legal Liability

### 1. Coverage

Subject to the General Exclusions from Coverage (Section IX) and the General Conditions of Coverage (Section X), this Coverage Section insures the legal liability of the Insured as a marina operator for loss or damage to boats, engines, trailers and outboard motors, the property of others, which are in its care, custody or control for purposes of repair, service, maintenance, consignment, storage, mooring, launching, hauling, fueling, docking or other similar marina operations.

We will be liable for covered operations only at the premises described in the Declarations, including adjacent moorings and while watercraft is being shifted or moved overland or in water within 100 miles of such premises and for property away from your premises in your or your employees' custody for covered marina operations or at locations of subcontractors who are working on vessels in connection with service and repair on behalf of the insured. Also including the legal liability of the Insured for loss or damage to the property of others caused by said boats, engines, trailers or outboard motors, the property of others, which are in your care, custody or control.

### 2. Exclusions from Coverage

This insurance does not cover any liability:

2.1  For bodily harm, bodily injury, personal injury, or death;

2.2  For demurrage, loss of time, loss of use, loss of freight, loss of charter and/or similar and/or substituted expenses assumed under a contract or agreement in extension of the liability imposed upon the insured by law in the absence of the contract or agreement;

2.3  Assumed under contract or agreement, express or implied, in extension of the liability imposed upon the insured by law in the absence of the contract or agreement;

2.4  For collision liability, tower's liability or liabilities insured against under the customary forms of hull or protection and indemnity policies arising out of the operation of any watercraft owned or operated by or bareboat chartered to the Insured or any affiliated or subsidiary concern or party;

2.5  For property owned or leased to the Insured;

2.6  For the expense of redoing work improperly performed by or on behalf of the Insured or the cost of replacement of materials, parts, or equipment furnished in connection therewith;

2.7  For the cost or expense of repairing, replacing or renewing any faulty designed part or parts which cause(s) loss of or damage to the watercraft, or for any expenditure incurred by reason of a betterment or alteration in design;

2.8  For any loss or damage to watercraft or other property covered under this Section, occurring while in the care, custody or control of the Insured, unless discovered and reported to the Insured or his agents within sixty (60) days from the time the watercraft or property is returned to the owner. If return of the watercraft or property is effected after winter or other lay-up storage, such sixty (60) days shall commence from the time of removal from winter or other lay-up or storage;

2.9  For wrongful conversion by or infidelity of the Insured or his employees or agents.

### 3. Newly Acquired Locations

You may extend the insurance that applies to newly acquired locations for thirty (30) days beginning the date you acquire the location. For coverage after thirty (30) days you must report the location to the Company, have the location endorsed to the policy effective the date you acquired it and pay the appropriate premium. If the Insured does not report such newly acquired location(s) within thirty (30) days, coverage will cease automatically thirty (30) days after the date the location(s) are acquired.

### 4. Limited Pollution Coverage

Subject to the terms and conditions of the Policy, including Exclusion No. 5 of the General Exclusions from Coverage (Section IX), coverage is extended to

Contains copyrighted material of Insurance Services Office, Inc. with its permission.

Exhibit A

cover damage to boats, engines, trailers, and outboard motors, the property of others, which are in the Insured's care, custody or control for purposes of repair, service, maintenance, consignment, storage, mooring, launching, hauling, fueling, docking or other similar marina operations, that the Insured shall become legally liable to pay and shall pay in consequence of the sudden, accidental, unexpected and unintended discharge, emission, seepage, spillage or leakage upon or into the seas, waters, land or air, of smoke, vapor, soot, fumes, acids, alkalis, oil, fuel, cargo, petroleum products, chemicals or other substances of any kind or nature whatsoever.

Notwithstanding the above or anything contained in this Program, this insurance shall not indemnify the insured for any loss, damage, cost, liability or expense:

4.1   Arising out of the discharge, emission, seepage, spillage, or leakage unless caused by fault not constituting willful negligence or willful misconduct within the privity and knowledge of the Insured(s) or his managing officer(s) or managing agent(s);

4.2   Arising out of a discharge, emission, seepage, spillage, or leakage into or upon land, the atmosphere or any watercourse, water supply, reservoir or body of water, the occurrence of which cannot be identified as commencing at a specific point in time and did not become known to the Insured within 72 hours thereafter;

4.3   Arising out of liability in connection with waste disposal sites and/or the disposal or dumping of any material or waste substance of any nature whatsoever;

4.4   Arising out of fines, penalties or punitive damages resulting from the actual discharge, emission, seepage, spillage or leakage of smoke, vapor, soot, fumes, acids, alkalis, oil, fuel, cargo, petroleum products, chemicals or other substances of any kind or nature whatsoever.

Intact Insurance Ocean Marine
Contains copyrighted material of Insurance Services Office, Inc. with its permission.

Exhibit A

# Coverage Section II

## **Protection and Indemnity**

### 1. Coverage

Subject to the General Exclusions from Coverage (Section IX) and the General Conditions of Coverage (Section X), this Coverage Section insures the legal liability of the Insured arising from the ownership or operation of watercraft otherwise insured under either Coverage Sections I (Marina Operators Legal Liability), IV (Boat Dealers Insurance), or VIII (Owned Watercraft Insurance), but only if such Owned Watercraft are shown in the Schedule of Owned Watercraft of this Policy, for the sums the Insured becomes legally liable to pay with respect to:

1.1 Watercraft operated by the Insured or a competent "employee" of the Insured in conjunction with normal business operations;

1.2 Watercraft which breaks away from the premises scheduled in the Declarations;

    1.3.1 Watercraft owned by the Insured and rented to third parties.

    1.3.2 Watercraft at trade and/or exhibition shows but only while afloat.

    1.3.3 Watercraft while at a subcontractor's location for service or repair on behalf of the Insured.

and on account of:

1.4 Loss of life or bodily injury to any person;

1.5 Loss of or damage to any other vessel;

1.6 Loss of, or damage to, or expense in connection with any fixed or movable object or property of whatsoever nature;

1.7 Cost or expense of, or incidental to, the removal of wreck of the insured watercraft when such removal is compulsory by law;

1.8 Cost or expense of, or incidental to, the voluntary removal of wreck of the insured watercraft up to $25,000;

1.9 Costs and expenses, incurred with the Company's approval, for investigating and/or de-fending any claim or suit against the Insured arising out of a liability or an alleged liability of the Insured.

### 2. Exclusions from Coverage

Notwithstanding the above, this policy does not cover:

2.1 Any loss of, or damage to, or expense in connection with, any property owned by, leased to, or rented to, the Insured;

2.2 Any liability, loss, damage or expense arising with respect to loss of life or injury to any employee of the Insured;

2.3 Any liability, loss, damage or expense assumed by the Insured under a contract or agreement beyond that imposed by law in the absence of the contract or agreement;

2.4 Any liability, loss, damage, or expense with respect to watercraft while onshore;

2.5 Any liability, loss, damage or expense arising out of the operation of jet skis, waverunners, sea doo's or similar personal watercraft;

    This exclusion shall not apply if the Insured or a competent "employee" of the Insured is operating a jet ski, waverunner, sea doo or similar personal watercraft for the purpose of demonstration or testing.

2.6 Any liability, loss, damage or expense arising out of the use of any watercraft or personal watercraft for water skiing or any sport or activity in which objects or persons or both are towed;

2.7 Any liability, loss, damage or expense with respect to rental operations, unless the Insured obtains a signed rental agreement in which the renter holds harmless the Insured and the Insured's staff from any liabilities arising from the use of boats and/or equipment;

2.8 Any liability, loss, damage, or expense arising out of swimming, snorkeling, diving, or similar activities;

Intact Insurance Ocean Marine
Contains copyrighted material of Insurance Services Office, Inc. with its permission.

Exhibit A

2.9 Any liability, loss, damage, or expense arising from the failure of the Insured to have a competent "employee" at all times in charge of any watercraft being navigated for the purpose of demonstration, delivery, testing or transport;

2.10 Any liability, loss, damage, or expense arising out of an occurrence where the watercraft operated was not at all times in compliance with the applicable Federal, State, and local rules and regulations including, but not limited to, any such regulation promulgated by the United States Coast Guard.

## Additional Coverages

## 3. Medical Payments

We will pay to or for each person, excluding the insured or your employees, who sustains bodily injury caused by an "occurrence" during the policy period, the reasonable expenses of necessary medical, surgical, ambulance, hospital and professional nursing services and, in the event of death resulting from such injury, the reasonable funeral expense, all incurred within one year from the date of "occurrence", subject to the following conditions.

Medical Payments shall not apply:

3.1 To bodily injury to or death of any person:

3.1.1 To or for whom benefits are payable under any Worker's Compensation Act or under the Federal Longshoremen's and Harbor Worker's Compensation Act;

3.2.2 who is a trespasser in or upon or boarding or leaving any watercraft insured hereunder;

3.2.3 who is your "employee" while engaged in your employment;

3.2.4 to liability assumed by you under any contract or agreement;

3.2.5 while the watercraft is being used for purposes other than those allowed under this policy form.

The most the Company will pay under this Additional Coverage for any one "occurrence" is $5,000 per person, $25,000 in the aggregate occurring during each separate 12 month period of this policy,

regardless of the number of persons involved or claims made in the "occurrence".

No deductible applies to this Additional Coverage.

## 4. Limited Pollution Coverage

Subject to the terms and conditions of the Policy, including Exclusion No. 5 of the General Exclusions from Coverage (Section IX), coverage is extended to cover those sums for which the Insured shall become legally liable to pay and shall pay as damages with respect to watercraft covered under Coverage Section II, Protection and Indemnity, in consequence of the actual sudden, accidental, unexpected and unintended discharge, emission, seepage, spillage or leakage upon or into the seas, waters, land or air, of smoke, vapor, soot, fumes, acids, alkalis, oil, fuel, cargo, petroleum products, chemicals or other substances of any kind or nature whatsoever.

Notwithstanding the above or anything contained in this Program, this insurance shall not indemnify the insured for any loss, damage, cost, liability or expense:

4.1 Arising out of the discharge, emission, seepage, spillage, or leakage unless caused by fault not constituting willful negligence or willful misconduct within the privity and knowledge of the Insured(s) or his managing officer(s) or managing agent(s);

4.2 Arising out of the discharge, emission, seepage, spillage, or leakage into or upon land, the atmosphere or any watercourse, water supply, reservoir or body of water, the occurrence of which cannot be identified as commencing at a specific point in time and did not become known to the Insured within 72 hours thereafter;

4.3 Arising out of liability in connection with waste disposal sites and/or the disposal or dumping of any material or waste substance of any nature whatsoever;

4.4 Arising out of fines, penalties or punitive damages resulting from the actual discharge, emission, seepage, spillage or leakage of smoke, vapor, soot, fumes, acids, alkalis, oil, fuel, cargo, petroleum products, chemicals or other substances of any kind or nature whatsoever.

Intact Insurance Ocean Marine
Contains copyrighted material of Insurance Services Office, Inc. with its permission.

Exhibit A

## 5. Automatic Acquisition Clause

As respects the Protection and Indemnity Clauses hereunder, this insurance shall automatically cover any watercraft similar to the watercraft described in the Declarations that the Insured acquires through purchase, bareboat charter or otherwise during the currency of this policy.

Such acquisition shall be reported to the Company within thirty (30) days of the acquisition date with full particulars necessary to assess the risk and charge the appropriate premium. Should the Insured not report such watercraft within thirty (30) days of acquisition, any coverage provided by this provision shall be revoked as if the vessel were never covered and any such extension of coverage shall be deemed void ab initio.

The amount of insurance under this clause is limited to and shall not exceed the Limit of Liability stated in the Declarations.

## 6. Territorial Limits

This insurance covers the insured watercraft as per the locations and territorial limits described in:

6.1   Coverage Section I Marina Operators Legal Liability, and;

6.2   Coverage Section IV Boat Dealers, and;

6.3   Coverage Section VIII Owned Watercraft.

Contains copyrighted material of Insurance Services Office, Inc. with its permission.

Exhibit A

# Coverage Section III

## Commercial General Liability

### 1. CGL Clauses

1.1  Subject to the General Exclusions from Coverage (Section IX) and the General Conditions of Coverage (Section X), the standard form CGL Clauses (Insurance Services Office Form CG 00 01), as appended, is incorporated herein and shall be effective as shown in the Declarations for this Coverage Section.

1.2  In the event the forms incorporated herein under 1.1 differ from the General Conditions of Coverage (Section X), the forms herein shall be considered paramount and shall override anything to the contrary in the General Conditions of Coverage (Section X).

**MPP 0001 05 20 Midwest A**                Intact Insurance Ocean Marine                **Page 8 of 30**
Contains copyrighted material of Insurance Services Office,
Inc. with its permission.
Exhibit A

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERAGES

### COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

 © Insurance Services Office, Inc., 2012

Exhibit A

## 2. Exclusions

This insurance does not apply to:

### a. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

### d. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

### e. Employer's Liability

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

   © Insurance Services Office, Inc., 2012   CG 00 01 04 13

Exhibit A

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

    © Insurance Services Office, Inc., 2012

Exhibit A

(2) Any loss, cost or expense arising out of any:

   (a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

   (b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

   (a) Less than 26 feet long; and

   (b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of:

   (a) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

   (b) The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

(1) Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

© Insurance Services Office, Inc., 2012

**CG 00 01 04 13**

Exhibit A

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

Exhibit A

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III – Limits Of Insurance.

## COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

### 1. Insuring Agreement

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

## 2. Exclusions

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

Exhibit A

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

 © Insurance Services Office, Inc., 2012

Exhibit A

**COVERAGE C – MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A.**

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

© Insurance Services Office, Inc., 2012    CG 00 01 04 13

Exhibit A

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II – WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

Exhibit A

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C**;

**b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B**.

    © Insurance Services Office, Inc., 2012    CG 00 01 04 13

Exhibit A

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   **a.** Damages under Coverage **A;** and

   **b.** Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

   **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

   **(2)** Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

   **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   **(2)** Authorize us to obtain records and other information;

   **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

   **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

   No person or organization has a right under this Coverage Part:

   **a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   **b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

Exhibit A

## 4. Other Insurance

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

### a. Primary Insurance

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

### b. Excess Insurance

(1) This insurance is excess over:

(a) Any of the other insurance, whether primary, excess, contingent or on any other basis:

(i) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(ii) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(iii) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

(iv) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

(b) Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

(2) When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(a) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(b) The total of all deductible and self-insured amounts under all that other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

### c. Method Of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

## 5. Premium Audit

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

## 6. Representations

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

© Insurance Services Office, Inc., 2012

Exhibit A

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V – DEFINITIONS

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

Exhibit A

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph **f.** does not include that part of any contract or agreement:

   (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

   (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

      (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

      (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

   (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

   a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   b. While it is in or on an aircraft, watercraft or "auto"; or

   c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   b. Vehicles maintained for use solely on or next to premises you own or rent;

   c. Vehicles that travel on crawler treads;

   d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

      (1) Power cranes, shovels, loaders, diggers or drills; or

      (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

   e. Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

      (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

      (2) Cherry pickers and similar devices used to raise or lower workers;

   f. Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

© Insurance Services Office, Inc., 2012

CG 00 01 04 13

Exhibit A

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

Exhibit A

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

  **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

  **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

  **a.** Means:

    **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

      **(a)** You;

      **(b)** Others trading under your name; or

      **(c)** A person or organization whose business or assets you have acquired; and

    **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

  **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

  **(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

  **a.** Means:

    **(1)** Work or operations performed by you or on your behalf; and

    **(2)** Materials, parts or equipment furnished in connection with such work or operations.

  **b.** Includes:

    **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

    **(2)** The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2012

Exhibit A

COMMERCIAL GENERAL LIABILITY
CG 21 50 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF LIQUOR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following replaces Exclusion **c.** under Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person, including causing or contributing to the intoxication of any person because alcoholic beverages were permitted to be brought on your premises, for consumption on your premises;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

This exclusion applies only if you:

**(1)** Manufacture, sell or distribute alcoholic beverages;

**(2)** Serve or furnish alcoholic beverages for a charge whether or not such activity:

**(a)** Requires a license;

**(b)** Is for the purpose of financial gain or livelihood;

**(3)** Serve or furnish alcoholic beverages without a charge, if a license is required for such activity; or

**(4)** Permit any person to bring any alcoholic beverages on your premises, for consumption on your premises.

 © Insurance Services Office, Inc., 2012

Exhibit A



**Coverage Section IV**

**<u>Boat Dealers Insurance</u>**

# <u>This Section is Not Covered</u>

Exhibit A

# Coverage Section V

# Piers, Wharves, and Docks Insurance

## 1. Coverage

Subject to the General Exclusions from Coverage (Section IX) and the General Conditions of Coverage (Section X) this Coverage Section insures against all risks of direct physical loss of, or damage to, the property insured from any external cause, except as provided in the Exclusions hereto.

## 2. Property Covered

Your piers, wharves and docks, floats, platforms, gangplanks, pilings, walkways, wiring, appurtenant plumbing and all other property permanently attached thereon, including roofs or coverings, as described in the Declarations for this Coverage Section.

## 3. Property Not Covered

Breakwaters, bulkheads, retaining walls, sea walls, ripraps, jetties and similar properties built to control water movement or erosion unless scheduled in the Declarations.

## 4. Warranty

This insurance shall be void unless:

The character of the insured property, its design and construction, shall remain materially the same during the term of this insurance. Conditioned upon immediate written notice to this Company, temporary alterations or changes which are incidental to the performance of necessary repairs shall not constitute a breach of this warranty.

## 5. Exclusions from Coverage

This insurance does not apply to loss, damage, liability or expense to any property resulting directly or indirectly from any of the following. Such loss damage, liability or expense is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss, damage, liability or expense.

5.1 Vermin, insects, mold, marine life, weathering, wear and tear, gradual deterioration, latent defect, inherent vice, mechanical breakdown, lack of maintenance or faulty manufacture;

5.2 Actual work on the property covered, and resulting from such work, except with respect to ensuing loss caused by or resulting from fire, explosion, or water damage not otherwise excluded by this policy;

5.3 Misappropriation, secretion, conversion, infidelity or any dishonest act on the part of the Insured or other party of interest, his or their employees or agents, or others to whom the property may be entrusted;

5.4 Electricity other than lightning unless fire ensues and then only for loss or damage by such ensuing fire;

5.5 Wind, Flood, Freezing, ice damage or collapse from the weight of ice or snow. However, ice damage from ice flows as part of a debris field or flood is covered;

5.6 Stranding, meaning contact of the floating marinas and/or floating docks or any part thereof with the bottom or sides of the body of water or any object in or protruding therefrom as a direct result of insufficient depth of water to maintain the floating marinas and/or floating docks in a floating condition.

## 6. Repair Costs

It shall be the option of the Company to take possession of any material which has been replaced by new material at the expense of the Company, and also to repair, rebuild or replace any property lost or damaged with another of like kind and quality within a reasonable time, on giving notice of its intention to do so within thirty (30) days after the receipt of the proof of loss herein required; there can be no abandonment to the Company of any property insured under this Coverage Section.

In no event shall the Company be liable for any increase in cost of repairs or reconstruction by any law, ordinance, regulation, permit or license regulating construction or repair.

Intact Insurance Ocean Marine
Contains copyrighted material of Insurance Services Office, Inc. with its permission.

Exhibit A

## 7. Valuation

The most the Company will pay for loss or damage to the insured property is the insured value indicated in the Declarations for this Coverage Section.

All Covered Property as described in the Declarations for this Coverage Section must be insured for its total value as of the time of loss or damage, as per the percentage of coinsurance shown in the Declarations.

## 8. Deductible

The Company will not pay for loss or damage in any one occurrence until the amount of the adjusted loss or damage exceeds the Deductible shown in the Declarations or endorsed to the policy. The company will then pay the amount of the adjusted loss or damage in excess of the Deductible up to the applicable Limit of Insurance. The Deductible applies to all partial and total losses.

## 9. Coinsurance

If a coinsurance percentage is shown in the Declarations the coinsurance provision applies as per General Conditions of Coverage, Section X, Clause 19. If the full value of the insured property is not declared, the application of General Conditions of Coverage, Section X, Clause 19 may result in payment by the Company of less than the full value of the claim.

## 10. Actual Cash Value Coverage

The Company shall not be liable for more than its proportion of the actual cash value of the property damaged or lost at the time any loss or damage occurs and in no event shall the Company's liability exceed what it would cost to repair or replace the same with material of like kind and quality. The coinsurance percentage for Actual Cash Value coverage is 80%.

## 11. Replacement Cost Coverage

If indicated in the Declarations, replacement cost (without deduction for depreciation) replaces actual cash value coverage. The coinsurance percentage for Replacement Cost coverage is 90%.

11.1 We will not pay on a replacement cost basis for any loss or damage:

    11.1.1 Until the lost or damaged property is actually repaired or replaced; and

    11.1.2 Unless the repairs or replacement are made as soon as possible after the loss or damage.

11.2 We will not pay more for loss or damage on a replacement cost basis than the least of:

    11.2.1 The insured value applicable to the lost or damaged property; or

    11.2.2 The cost to replace, on the same premises, the lost or damaged property with other property of comparable material and quality used for the same purpose; or

    11.2.3 The amount you actually spent that is necessary to repair or replace the lost or damaged property.

## 12. Debris Removal

12.1 We will pay your expense to remove debris of Covered Property described in the Declarations caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to the Company in writing within 180 days of the date of direct physical loss or damage.

12.2 The most we will pay under this Additional Coverage is 10% of the total covered property described in the Declarations or $50,000 any one occurrence, whichever is less.

12.3 This Additional Coverage does not apply to costs to:

    12.3.1 Extract "pollutants" from land or water; or

    12.3.2 Remove, restore or replace polluted land or water.

12.4 "Pollutant" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, oil, fuel, cargo, petroleum products, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

Contains copyrighted material of Insurance Services Office, Inc. with its permission.

Exhibit A

## 13. Appraisal

If the Company and the insured disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge or a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

13.1 Pay its chosen appraiser; and

13.2 Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

Intact Insurance Ocean Marine
Contains copyrighted material of Insurance Services Office,
Inc. with its permission.

Exhibit A

# Coverage Section VI

## Business Property Insurance

### 1. Building and Personal Property Clauses

1.1   Subject to the General Exclusions from Coverage (Section IX) and the General Conditions of Coverage (Section X), the standard form Building and Personal Property Clauses (Insurance Services Office Form CP 00 10), Causes of Loss - Special Form (I.S.O. Form CP 10 30), Marina Property Endorsement (NMP-End), the Commercial Property Conditions (I.S.O. Form CP 00 90), and if applicable, Equipment Breakdown Endorsement (IMU0143), the Earthquake Form (I.S.O.Form CP 1040), the Business Income Coverage Form (I.S.O. Form CP 00 30) which, if attached, shall be deemed to include "Rental Value," as appended, are incorporated herein and shall be effective as shown in the Declarations for this Coverage Section.

1.2   In the event the forms incorporated herein under 1.1 differ from the General Conditions of Coverage (Section X), the forms incorporated herein shall be considered paramount and shall override anything to the contrary in the General Conditions of Coverage (Section X).

Intact Insurance Ocean Marine
Contains copyrighted material of Insurance Services Office, Inc. with its permission.

Exhibit A

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.** Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Permanently installed:

(a) Machinery; and

(b) Equipment;

(4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

(a) Fire-extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings; and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(5) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the building or structure;

(b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater:

(1) Furniture and fixtures;

(2) Machinery and equipment;

(3) "Stock";

(4) All other personal property owned by you and used in your business;

(5) Labor, materials or services furnished or arranged by you on personal property of others;

(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the building or structure you occupy but do not own; and

(b) You acquired or made at your expense but cannot legally remove;

(7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

**c. Personal Property Of Others** that is:

(1) In your care, custody or control; and

(2) Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater.

 © Insurance Services Office, Inc., 2011

Exhibit A

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

    **(1)** The lowest basement floor; or

    **(2)** The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.,** does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

    **(1)** Are licensed for use on public roads; or

    **(2)** Are operated principally away from the described premises.

    This paragraph does not apply to:

        **(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

© Insurance Services Office, Inc., 2011

Exhibit A

(b) Vehicles or self-propelled machines, other than autos, you hold for sale;

(c) Rowboats or canoes out of water at the described premises; or

(d) Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers; or

q. The following property while outside of buildings:

(1) Grain, hay, straw or other crops;

(2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

### 3. Covered Causes Of Loss

See applicable Causes Of Loss form as shown in the Declarations.

### 4. Additional Coverages

#### a. Debris Removal

(1) Subject to Paragraphs (2), (3) and (4), we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) Debris Removal does not apply to costs to:

(a) Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

(b) Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

(c) Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

(d) Remove property of others of a type that would not be Covered Property under this Coverage Form;

(e) Remove deposits of mud or earth from the grounds of the described premises;

(f) Extract "pollutants" from land or water; or

(g) Remove, restore or replace polluted land or water.

(3) Subject to the exceptions in Paragraph (4), the following provisions apply:

(a) The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

(b) Subject to (a) above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

(4) We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

(a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

(b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

 © Insurance Services Office, Inc., 2011

Exhibit A

Therefore, if **(4)(a)** and/or **(4)(b)** applies, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

**Example 1**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $ 50,000 |
| Amount of Loss Payable: | $ 49,500 |
| | ($50,000 – $500) |
| Debris Removal Expense: | $ 10,000 |
| Debris Removal Expense Payable: | $ 10,000 |
| ($10,000 is 20% of $50,000.) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example 2**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $ 80,000 |
| Amount of Loss Payable: | $ 79,500 |
| | ($80,000 – $500) |
| Debris Removal Expense: | $ 40,000 |
| Debris Removal Expense Payable | |
| Basic Amount: | $ 10,500 |
| Additional Amount: | $ 25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000, capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4)**. Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

© Insurance Services Office, Inc., 2011

Exhibit A

**d. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

**(a)** The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced at the same or another premises; and

**(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

  © Insurance Services Office, Inc., 2011

Exhibit A

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data. This Additional Coverage does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

© Insurance Services Office, Inc., 2011

Exhibit A

**(4)** The most we will pay under this Additional Coverage, Electronic Data, is $2,500 (unless a higher limit is shown in the Declarations) for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

 © Insurance Services Office, Inc., 2011

Exhibit A

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes Of Loss – Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(3)** If the Causes Of Loss – Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and, therefore, coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

© Insurance Services Office, Inc., 2011

Exhibit A

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**f. Non-owned Detached Trailers**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

(a) The trailer is used in your business;

(b) The trailer is in your care, custody or control at the premises described in the Declarations; and

(c) You have a contractual responsibility to pay for loss or damage to the trailer.

(2) We will not pay for any loss or damage that occurs:

(a) While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

(b) During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

(3) The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

(4) This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**g. Business Personal Property Temporarily In Portable Storage Units**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the building or structure described in the Declarations or within 100 feet of the premises described in the Declarations, whichever distance is greater.

(2) If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

(3) Coverage under this Extension:

(a) Will end 90 days after the business personal property has been placed in the storage unit;

(b) Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the business personal property has been stored there for 90 or fewer days as of the time of loss or damage.

(4) Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

(5) This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form or policy, and does not apply to loss or damage to the storage unit itself.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

© Insurance Services Office, Inc., 2011

Exhibit A

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

1. Fire Department Service Charge;

2. Pollutant Clean-up And Removal;

3. Increased Cost Of Construction; and

4. Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example 1**

(This example assumes there is no Coinsurance penalty.)

| | | |
|---|---|---|
| Deductible: | $ | 250 |
| Limit of Insurance – Building 1: | $ | 60,000 |
| Limit of Insurance – Building 2: | $ | 80,000 |
| Loss to Building 1: | $ | 60,100 |
| Loss to Building 2: | $ | 90,000 |

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1:

$ 60,100

– 250

$ 59,850 Loss Payable – Building 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2. Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

**Example 2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example 1.

| | | |
|---|---|---|
| Loss to Building 1: | $ | 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | | |
| Loss to Building 2: | $ | 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | | |
| Loss Payable – Building 1: | $ | 60,000 |
| (Limit of Insurance) | | |
| Loss Payable – Building 2: | $ | 80,000 |
| (Limit of Insurance) | | |
| Total amount of loss payable: | | $ 140,000 |

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

a. You must see that the following are done in the event of loss or damage to Covered Property:

(1) Notify the police if a law may have been broken.

© Insurance Services Office, Inc., 2011

Exhibit A

(2) Give us prompt notice of the loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

a. In the event of loss or damage covered by this Coverage Form, at our option, we will either:

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

b. The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

c. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

d. We will not pay you more than your financial interest in the Covered Property.

e. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

g. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

(1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made.

Exhibit A

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

© Insurance Services Office, Inc., 2011

Exhibit A

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value, even when attached to the building:

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

c. "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

d. Glass at the cost of replacement with safety-glazing material if required by law.

e. Tenants' Improvements and Betterments at:

(1) Actual cash value of the lost or damaged property if you make repairs promptly.

(2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b) Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3) Nothing if others pay for repairs or replacement.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in Step (1);

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step (2); and

(4) Subtract the deductible from the figure determined in Step (3).

We will pay the amount determined in Step (4) or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example 1 (Underinsurance)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 100,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

Step (1): $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $100,000 ÷ $200,000 = .50

Step (3): $40,000 x .50 = $20,000

Step (4): $20,000 − $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example 2 (Adequate Insurance)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 200,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate, and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

 © Insurance Services Office, Inc., 2011

Exhibit A

b. If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example 3**

When:   The value of the property is:

| | |
|---|---|
| Building at Location 1: | $ 75,000 |
| Building at Location 2: | $100,000 |
| Personal Property at Location 2: | $ 75,000 |
| | $250,000 |

| | |
|---|---|
| The Coinsurance percentage for it is: | 90% |

| | |
|---|---|
| The Limit of Insurance for Buildings and Personal Property at Locations 1 and 2 is: | $180,000 |
| The Deductible is: | $ 1,000 |

The amount of loss is:

| | |
|---|---|
| Building at Location 2: | $ 30,000 |
| Personal Property at Location 2: | $ 20,000 |
| | $ 50,000 |

Step **(1):**  $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step **(2):**  $180,000 ÷ $225,000 = .80

Step **(3):**  $50,000 x .80 = $40,000

Step **(4):**  $40,000 − $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

### 2. Mortgageholders

a. The term mortgageholder includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

c. The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

e. If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgageholder at least:

(1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

### G. Optional Coverages

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:

### 1. Agreed Value

a. The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

© Insurance Services Office, Inc., 2011

Exhibit A

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

    **(1)** On or after the effective date of this Optional Coverage; and

    **(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

**a.** The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

    **(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

    **(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

    **(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example**

| If: | The applicable Limit of Insurance is: | $ 100,000 |
|---|---|---|
| | The annual percentage increase is: | 8% |
| | The number of days since the beginning of the policy year (or last policy change) is: | 146 |
| | The amount of increase is: $100,000 x .08 x 146 ÷ 365 = | $ 3,200 |

**3. Replacement Cost**

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

**b.** This Optional Coverage does not apply to:

    **(1)** Personal property of others;

    **(2)** Contents of a residence;

    **(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

    **(4)** "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

    **(1)** Until the lost or damaged property is actually repaired or replaced; and

    **(2)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

    **(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

    **(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

    **(1)** The Limit of Insurance applicable to the lost or damaged property;

    **(2)** The cost to replace the lost or damaged property with other property:

        **(a)** Of comparable material and quality; and

        **(b)** Used for the same purpose; or

    **(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

 © Insurance Services Office, Inc., 2011

Exhibit A

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

© Insurance Services Office, Inc., 2011
CP 00 10 10 12

Exhibit A

CF 189
(7-88)

CP 00 90   07 88

## COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

### A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

### B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

### C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

### D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

### E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

### F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

### G. OTHER INSURANCE

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits Of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

### H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1. We cover loss or damage commencing:

    a. During the policy period shown in the Declarations; and

    b. Within the coverage territory.

2. The coverage territory is:

    a. The United States of America (including its territories and possessions);

    b. Puerto Rico; and

    c. Canada.

### I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

    a. Someone insured by this insurance;

    b. A business firm:

        (1) Owned or controlled by you; or

        (2) That owns or controls you; or

    c. Your tenant.

This will not restrict your insurance.

Exhibit A

COMMERCIAL PROPERTY
CP 10 30 10 12

# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.** Definitions.

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

## B. Exclusions

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   **a. Ordinance Or Law**

   The enforcement of or compliance with any ordinance or law:

   (1) Regulating the construction, use or repair of any property; or

   (2) Requiring the tearing down of any property, including the cost of removing its debris.

   This exclusion, Ordinance Or Law, applies whether the loss results from:

   (a) An ordinance or law that is enforced even if the property has not been damaged; or

   (b) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

   **b. Earth Movement**

   (1) Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

   (2) Landslide, including any earth sinking, rising or shifting related to such event;

   (3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

   (4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   (5) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

   Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   (a) Airborne volcanic blast or airborne shock waves;

   (b) Ash, dust or particulate matter; or

   (c) Lava flow.

   With respect to coverage for Volcanic Action as set forth in **(5)(a)**, **(5)(b)** and **(5)(c)**, all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

   Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

   This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused.

Exhibit A

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1), (3)** or **(4),** or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5),** is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **(1)** through **(5),** results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

© Insurance Services Office, Inc., 2011

Exhibit A

This exclusion does not apply:

**(1)** When "fungus", wet or dry rot or bacteria result from fire or lightning; or

**(2)** To the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria, with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

Exhibit A

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion:

**(1)** Applies whether or not an act occurs during your normal hours of operation;

**(2)** Does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

**k.** Collapse, including any of the following conditions of property or any part of the property:

**(1)** An abrupt falling down or caving in;

**(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.,** does not apply:

**(a)** To the extent that coverage is provided under the Additional Coverage, Collapse; or

**(b)** To collapse caused by one or more of the following:

**(i)** The "specified causes of loss";

**(ii)** Breakage of building glass;

**(iii)** Weight of rain that collects on a roof; or

**(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **l.,** does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

© Insurance Services Office, Inc., 2011

Exhibit A

### 4. Special Exclusions

The following provisions apply only to the specified Coverage Forms:

**a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

(1) Any loss caused by or resulting from:

(a) Damage or destruction of "finished stock"; or

(b) The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

(2) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

(3) Any increase of loss caused by or resulting from:

(a) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

(b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

(4) Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

(5) Any other consequential loss.

**b. Leasehold Interest Coverage Form**

(1) Paragraph **B.1.a.,** Ordinance Or Law, does not apply to insurance under this Coverage Form.

(2) We will not pay for any loss caused by:

(a) Your cancelling the lease;

(b) The suspension, lapse or cancellation of any license; or

(c) Any other consequential loss.

**c. Legal Liability Coverage Form**

(1) The following exclusions do not apply to insurance under this Coverage Form:

(a) Paragraph **B.1.a.** Ordinance Or Law;

(b) Paragraph **B.1.c.** Governmental Action;

(c) Paragraph **B.1.d.** Nuclear Hazard;

(d) Paragraph **B.1.e.** Utility Services; and

(e) Paragraph **B.1.f.** War And Military Action.

(2) The following additional exclusions apply to insurance under this Coverage Form:

(a) **Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

(i) Your assumption of liability was executed prior to the accident; and

(ii) The building is Covered Property under this Coverage Form.

(b) **Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

© Insurance Services Office, Inc., 2011

Exhibit A

**5. Additional Exclusion**

The following provisions apply only to the specified property:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated:

**1.** We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

**a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**(1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

**(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**d.** Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

However, this limitation does not apply to:

**(1)** Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

**(2)** Business Income Coverage or Extra Expense Coverage.

**e.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

**f.** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**g.** Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

**(1)** Dampness or dryness of atmosphere or of soil supporting the vegetation;

**(2)** Changes in or extremes of temperature;

**(3)** Disease;

**(4)** Frost or hail; or

**(5)** Rain, snow, ice or sleet.

**2.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

**a.** Animals, and then only if they are killed or their destruction is made necessary.

**b.** Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

**(1)** Glass; or

**(2)** Containers of property held for sale.

**c.** Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

**(1)** If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

**(2)** To Business Income Coverage or to Extra Expense Coverage.

© Insurance Services Office, Inc., 2011
CP 10 30 10 12

Exhibit A

3. The special limit shown for each category, **a.** through **d.,** is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are (unless a higher limit is shown in the Declarations):

   **a.** $2,500 for furs, fur garments and garments trimmed with fur.

   **b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

   **c.** $2,500 for patterns, dies, molds and forms.

   **d.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

   These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

   This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

   **a.** Results in discharge of any substance from an automatic fire protection system; or

   **b.** Is directly caused by freezing.

   However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

## D. Additional Coverage – Collapse

The coverage provided under this Additional Coverage, Collapse, applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

1. For the purpose of this Additional Coverage, Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

2. We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

   **a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

   **b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

   **c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

   **d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

      **(1)** A cause of loss listed in **2.a.** or **2.b.;**

      **(2)** One or more of the "specified causes of loss";

      **(3)** Breakage of building glass;

      **(4)** Weight of people or personal property; or

      **(5)** Weight of rain that collects on a roof.

3. This **Additional Coverage – Collapse** does **not** apply to:

   **a.** A building or any part of a building that is in danger of falling down or caving in;

   **b.** A part of a building that is standing, even if it has separated from another part of the building; or

   **c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

4. With respect to the following property:

   **a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

Exhibit A

    b. Awnings, gutters and downspouts;

    c. Yard fixtures;

    d. Outdoor swimming pools;

    e. Fences;

    f. Piers, wharves and docks;

    g. Beach or diving platforms or appurtenances;

    h. Retaining walls; and

    i. Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.,** we will pay for loss or damage to that property only if:

    **(1)** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

    **(2)** The property is Covered Property under this Coverage Form.

**5.** If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

    **a.** The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.;**

    **b.** The personal property which collapses is inside a building; and

    **c.** The property which collapses is not of a kind listed in **4.,** regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**6.** This Additional Coverage, Collapse, does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**7.** This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

**8.** The term Covered Cause of Loss includes the Additional Coverage, Collapse, as described and limited in **D.1.** through **D.7.**

**E. Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

    **1.** The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria are the result of one or more of the following causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

        **a.** A "specified cause of loss" other than fire or lightning; or

        **b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

    This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

    **2.** We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

        **a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

        **b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

        **c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

    **3.** The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

© Insurance Services Office, Inc., 2011
CP 10 30 10 12

Exhibit A

**4.** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**5.** The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss form or under the Additional Coverage, Collapse.

**6.** The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form:

  **a.** If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

  **b.** If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F. Additional Coverage Extensions**

  **1. Property In Transit**

  This Extension applies only to your personal property to which this form applies.

  **a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

  **b.** Loss or damage must be caused by or result from one of the following causes of loss:

  **(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

  **(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

  **(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

  **c.** The most we will pay for loss or damage under this Extension is $5,000.

  This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

  **2. Water Damage, Other Liquids, Powder Or Molten Material Damage**

  If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

  **3. Glass**

  **a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

Exhibit A

**b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension **F.3.** does not increase the Limit of Insurance.

## G. Definitions

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

**(1)** The cost of filling sinkholes; or

**(2)** Sinking or collapse of land into man-made underground cavities.

**b.** Falling objects does not include loss or damage to:

**(1)** Personal property in the open; or

**(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means:

**(1)** Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam; and

**(2)** Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the described premises and is part of a municipal potable water supply system or municipal sanitary sewer system, if the breakage or cracking is caused by wear and tear.

But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

   © Insurance Services Office, Inc., 2011

Exhibit A

NMP-END 25 0211

## MARINA PROPERTY ENDORSEMENT
### Coverage Section VI – Business Property Insurance

This endorsement modifies the insurance provided under the following forms as shown below:

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM**
**CAUSES OF LOSS – SPECIAL FORM**
**BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM**

## PART ONE – PROPERTY COVERAGE FORMS

If the following Coverage Form is attached to this policy, it is amended as shown below:
**BUILDING AND PERSONAL PROPERTY COVERAGE FORM**

**Section C. Limits of Insurance is replaced by the following:**

**Limits of Insurance** – The most we will pay for any loss or damage in any one occurrence is the applicable limit of insurance shown in the Declarations.

**Bucket Limit of Insurance** – Application of Limits

A **Bucket Limit of Insurance** is available to apply per occurrence to the combined loss or damage covered by the coverages listed below as **Bucket Limit Coverages**.

We will not pay more than **$25,000** per occurrence for the combined loss or damage covered by the **Bucket Limit Coverages**. This is additional insurance.

**Sublimits** apply to some **Bucket Limit Coverages**. **Sublimits** are detailed in the respective coverage parts of this endorsement.

The insured may purchase specific insurance to apply to property that would also be insured by a **Bucket Limit Coverage**. If there is other insurance available to any insured, this endorsement is excess insurance above any and all other collectible insurance whether primary, excess, escape or contingent.

The **Bucket Limit Coverages** are subject to the conditions of their respective Additional Coverages and Coverage Extensions as provided by this policy.

**Bucket Limit Coverages:**

1. Additional Coverage for **Fire Department Service Charge**
2. Additional Coverage for **Fire Protective Equipment Recharge Costs**
3. Additional Coverage for **Debris Removal**
4. Additional Coverage for **Expediting Expense**
5. Additional Coverage for **Lock Replacement**
6. Additional Coverage for **Ordinance or Law (Coverages B & C)**
7. Additional Coverage for **Preservation of Property – Expense coverage**
8. Additional Coverage for **Extra Expense**
9. Additional Coverage for Rewards Coverage, Arson, Theft, Vandalism

10. Tenant Relocation
11. Coverage Extension for **Personal Effects and Property of Others**
12. Coverage Extension for **Valuable Papers and Records (Other Than Electronic Data)**
13. Coverage Extension for **Accounts Receivable**
14. Coverage Extension for **Pollutant Clean up and Removal**
15. Coverage Extension for **Outdoor Property – Other**
16. Coverage Extension for **Outdoor Property – Signs**
17. Coverage Extension for **Outdoor Property – Trees, Shrubs, and Plants**
18. Coverage Extension for **Electronic Equipment and Electronic Data**
19. Coverage Extension for **FOB Shipments**
20. Coverage Extension for **Water Back-Up from Sewers and Drains**

**Amendments to Section A. COVERAGE:**

The following amendments apply to Section **A. COVERAGE:**

All references to **"within 100 feet"** in Section **A. COVERAGE** are changed to **"within 1,000 feet"**.

The following amendment applies to Section **A. COVERAGE, 1. Covered Property:**

The following is added to **A.1.a. Building:**

Lobbies, hallways and other common area furniture provided by you as landlord.

**The following amendments apply to Section A. COVERAGE, 2. Property Not Covered:**

Paragraph **A.2.d.** amended to include up to $5,000 for bridges, roadways, walks, patios or other paved surfaces.

Paragraph **A.2.f.** amended to include up to $5,000 for cost of excavations, grading, backfilling or filling.

Paragraph **A.2.g.** regarding foundations is deleted.

Exhibit A

Paragraph **A.2.l.** regarding retaining walls is deleted.

Paragraph **A.2.m.** regarding underground pipes, flues and drains is deleted.

**The following amendments apply to Section A. COVERAGE, 4. Additional Coverages:**

Section **(4)** of **A.4.a. Debris Removal** is replaced by the following:

**(4)** We will pay up to an additional **$25,000** for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds **25%** of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if (4)(a) and/or (4)(b) apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus **$25,000**.

The amount we will pay for this Additional Coverage for Debris Removal is subject to the provision of the Bucket Limit of Insurance. See the Bucket Limit of Insurance section.

Section **(5) Examples** of **A.4.a. Debris Removal** is amended to show that the Additional Amount in Example #2 is changed to $19,500 and the final two sentences in this example are amended as follows:

The additional amount of covered debris removal expense is $19,500, which is less than the maximum payable under Paragraph (4). Thus the total payment for debris removal expense in this example is $30,000.

Paragraph **A. 4.c. Fire Department Service Charge** is replaced by the following:

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

The amount we will pay for this Additional Coverage for Fire Department Service Charges is subject to the provisions of the Bucket Limit of Insurance. See the Bucket Limit of Insurance section.

No deductible applies to this Additional Coverage.

The last paragraph of A. 4.d. **Pollutant Clean Up and Removal** is replaced by the following:

The most we will pay under this Additional Coverage for each described premises is **$5,000** for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate **12 month** period of this policy. Each separate **12 month** period of this policy starts on the policy inception or anniversary date.

The amount we will pay for this Additional Coverage for Pollutant Clean Up and Removal is subject to the provision of the Bucket Limit of Insurance. See the Bucket Limit of Insurance section.

**Section A.4.E. Increased Cost of Construction is deleted.**

**Each of the following Additional Coverages is added to Section A. COVERAGE, 4. Additional Coverages:**

**Expediting Expense Coverage**

We will pay the reasonable costs you incur to expedite repairs to Covered Property which has been damaged by a Covered Cause of Loss. This includes payment of overtime wages and the extra cost of express or other rapid means of transportation.

We will not pay for such costs or expenses caused by the interference of strikers in the rebuilding, repairing, or replacing of the Covered Property at the location of loss, nor caused by the suspension, lapse, or cancellation of any license, permit, lease, or contract.

The amount we will pay for this Additional Coverage for Expediting Expense is subject to the provision of the Bucket Limit of Insurance. See the Bucket Limit of Insurance section. The most we will pay under this Additional Coverage is **$10,000** in any one occurrence.

**Fire Protective Equipment Recharge Costs Coverage**

If a covered loss occurs, we will pay the cost you incur to recharge any UL listed hand-held or portable fire extinguisher, or any UL listed fixed fire extinguishing system using carbon dioxide or dry chemical agents. The discharge must have occurred during the policy period while fighting a fire threatening covered property.

**A.** The costs we will pay include only the following:

**1.** Reasonable travel or shipping costs and salary costs incurred, but only if incurred for the purpose of having the extinguishers recharged, or

Exhibit A

**2.** The amount actually charged by the fire extinguisher service company for recharging the extinguisher or replacing fusible links.

**B.** The amount we will pay for this Additional Coverage for Fire Protective Equipment Recharge Costs is subject to the provisions of the Bucket Limit of Insurance. See the Bucket Limit of Insurance section.

**C.** No deductible applies to this Additional Coverage.

<u>**Lock Replacement Coverage**</u>

We will pay the cost to repair or replace the door locks or tumblers for such door locks at any premises described in the Declarations due to the theft of your door keys.

The amount we will pay for this Additional Coverage for Lock Replacement is subject to the provision of the Bucket Limit of Insurance. See the Bucket Limit of Insurance section. The most we will pay under this Additional Coverage is **$5,000** per occurrence.

No deductible applies to this Additional Coverage.

<u>**Ordinance or Law Coverage**</u>

**A.** Each Coverage – Coverage A, Coverage B and Coverage C – is provided under this endorsement with respect to the described premises as shown in the Declarations.

**B.** Application Of Coverage(s)

The Coverage(s) provided by this endorsement apply only if both **B.1.** and **B.2.** are satisfied and are then subject to the qualifications set forth in **B.3.**

**1.** The ordinance or law:

**a.** Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

**b.** Is in force at the time of loss.

But coverage under this endorsement applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this endorsement.

**2.** **a.** The building sustains direct physical damage that is covered under this policy and such damage results in enforcement of the ordinance or law: or

**b.** The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the ordinance or law.

**c.** But if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this endorsement even if the building has also sustained covered direct physical damage.

**3.** In the situation described in B.2.b. above, we will not pay the full amount of loss otherwise payable under the terms of Coverages A, B, and/or C of this endorsement. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

(Section **H.** of this endorsement provides an example of this procedure.)

However, if the covered direct physical damage, alone, would have resulted in enforcement of the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of Coverages **A, B** and/or **C** of this endorsement.

**C.** We will not pay under Coverage A, B or C of this endorsement for:

**1.** Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**2.** The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**D.** Coverage

**1.** **Coverage A – Coverage For Loss To The Undamaged Portion Of The Building**

With respect to the building that has sustained covered direct physical damage, we will pay under Coverage **A** for the loss in value of the undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building.

**2.** **Coverage B – Demolition Cost Coverage**

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a

consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

The Coinsurance Additional Condition does not apply to Demolition Cost Coverage.

3. **Coverage C – Increased Cost Of Construction Coverage**

   a. With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

      (1) Repair or reconstruct damaged portions of that building; and/or

      (2) Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

      when the increased cost is a consequence of enforcement of the minimum requirements of the ordinance or law.

      However:

      (1) This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

      (2) We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

      The Coinsurance Additional Condition does not apply to Increased Cost of Construction Coverage.

   b. When a building is damaged or destroyed and Coverage C applies to that building in accordance with **3.a.** above, coverage for the increased cost of construction also applies to repair or reconstruction of the following, subject to the same conditions stated in **3.a.**:

      (1) The cost of excavations, grading, backfilling and filling;

      (2) Foundation of the building;

      (3) Pilings; and

      (4) Underground pipes, flues and drains.

      The items listed in **b.(1)** and **b.(3)** above are deleted from Property Not Covered, but only with respect to the coverage described in this Provision, **3.b.**

E. **Loss Payment**

   1. All following loss payment Provisions, **E.2.** and **E.3,** are subject to the apportionment procedures set forth in Section B.3. of this

endorsement. The amount we will pay under Coverage B & C for this Additional Coverage for Ordinance or Law is subject to the provision of the Bucket Limit of Insurance. See the Bucket Limit of Insurance section.

2. When there is a loss in value of an undamaged portion of a building to which Coverage A applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

   a. If the Replacement Cost Coverage Option applies and the property is being repaired or replaced, on the same or another premises, **we will not pay more than the lesser of**:

      (1) The amount you would actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

      (2) The Limit of Insurance shown in the Declarations as applicable to the covered building; or

      (3) The Replacement Cost of the damaged building plus $100,000 for the undamaged portion of the building.

   b. If the Replacement Cost Coverage Option applies and the property is not repaired or replaced, or if the Replacement Cost Coverage Option does not apply, we will not pay more than the lesser of:

      (1) The actual cash value of the building at the time of loss; or

      (2) The Limit of Insurance shown in the Declarations as applicable to the covered building; or

      (3) The Actual Cash Value of the damaged building plus $100,000 for the undamaged portion of the building.

3. The following loss payment provisions apply for Coverage B — Demolition Cost and Coverage C — Increased Cost of Construction Coverage.

   a. For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

   b. With respect to the Increased Cost of Construction we will not pay for the increased cost of construction:

**(1)** Until the property is actually repaired or replaced at the same or another premises; and

**(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

   **(a)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

   **(b)** If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

**F.** **The terms of this endorsement apply separately to each building to which this endorsement applies.**

**G.** **Under this endorsement we will not pay for loss due to any ordinance or law that:**

  **1.** You were required to comply with before the loss, even if the building was undamaged; and

  **2.** You failed to comply with.

**H.** **Example of Proportionate Loss Payment for Ordinance Or Law Coverage Losses (procedure as set forth in Section B.3. of this endorsement.)**

Assume:

- Wind is a Covered Cause of Loss; Flood is an excluded Cause of Loss
- The building has a value of $200,000
- Total direct physical damage to building: $100,000
- The ordinance or law in this jurisdiction is enforced when building damage equals or exceeds 50% of the building's value
- Portion of direct physical damage that is covered (caused by wind): $30,000
- Portion of direct physical damage that is not covered (caused by flood): $70,000
- Loss under Ordinance Or Law Coverage C of this endorsement: $60,000

**Step 1:**

Determine the proportion that the covered direct physical damage bears to the total direct physical damage.

$30,000 ÷ $100,000 = .30

**Step 2:**

Apply that proportion to the Ordinance or Law loss.

$60,000 x .30 = $18,000

In this example, the most we will pay under this endorsement for the Coverage **C** loss is $18,000, subject to the applicable Limit of Insurance and any other applicable provisions.

**Note:** The same procedure applies to losses under Coverages **A** and **B** of this endorsement.

**I.** **The following definition is added:**

"Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**Preservation of Property – Expense Coverage**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay the actual expense to move the property to safety.

We will also pay any necessary rental fees for the temporary storage at premises of others for a period of **90** days after the property is first moved.

The amount we will pay for this Additional Coverage for Preservation of Property – Expense Coverage is subject to the provision of the Bucket Limit of Insurance. See the Bucket Limit of Insurance section. The most we will pay under this Additional Coverage is **$10,000** in any one occurrence.

**Extra Expense Coverage**

**A.** We will pay actual and necessary Extra Expense you sustain due to direct physical loss of or damage to property at the premises described in the Declarations. The loss or damage must be caused by a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1000 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located your premises means:

  **1.** The portion of the building which you rent, lease or occupy; and

  **2.** Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

Exhibit A

| Form No: | NMP25-END 0211 |
|---|---|
| | Page 6 of 15 |

Your Extra Expense Coverage does not apply to any loss otherwise covered only under your Crime Coverage.

**B.** Extra Expense means necessary expenses incurred during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property. Coverage pertains to expenses (other than expense to repair or replace property) which are incurred to:

**1.** To avoid or minimize the "suspension" of business and to continue "operations':

   **a.** At the described premises; or

   **b.** At replacement premises or at temporary locations, including relocation expenses, and costs to equip and operate the replacement or temporary locations.

**2.** To minimize the "suspension" of business if you cannot continue "operations".

**3.** To repair or replace any property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage for Extra Expense.

**C.** **Covered Causes of Loss, Exclusions, and Limitations:** See applicable Causes of Loss Form shown in the Declarations.

The amount we will pay for this Additional Coverage for Extra Expense is subject to the provision of the Bucket Limit of Insurance. See the Bucket Limit of Insurance section. The most we will pay under this Additional Coverage is **$25,000** in any one occurrence. However, in the event there is other insurance covering the same loss as provided by this Additional Coverage for Extra Expense, whether provided in this policy or elsewhere, then this Additional coverage shall not apply.

**D.** **Definitions applying to this Additional Coverage for Extra Expense.**

**1.** "Operations" means your business activities occurring at the described premises.

**2.** "Period of Restoration" means the period of time that:

   **a.** Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

   **b.** Ends on the earlier of:

     **(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

     **(2)** The date when the business is resumed at a new permanent location.

"Period of Restoration" does not include any increase period required due to the enforcement of any ordinance or law that:

   **(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

   **(2)** Requires any insured or others to test for, monitor, clean up, remove, contain treat, detoxify or neutralize, or any way respond to, or assess the effects of "pollutants."

The expiration date of this policy will not cut short the "period of restoration."

**3.** "Pollutants" means any solid, liquid, gaseous, or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**4.** "Suspension" means the slowdown or cessation of your business activities.

## Rewards Coverage, Arson, Theft, Vandalism

**A.** We will reimburse you for payment of any reward offered on your behalf and for information that leads to the arrest and conviction of the person or persons responsible for:

   **1.** Arson;

   **2.** Theft; or

   **3.** Vandalism

to Covered Property.

**B.** The arrest or conviction must involve a covered loss caused by arson, theft or vandalism.

**C.** The amount we will pay for this Additional Coverage for Reward Coverage is subject to the provision of the Bucket Limit of Insurance. See the Bucket Limit of Insurance section

The most we will pay under this Additional Coverage is $5,000 in any one occurrence.  The amount we pay is not increased by the number of persons involved in providing the information.

**D.** The amount payable under this Additional Coverage is additional insurance.

**E.** The deductible does not apply to this Additional Coverage.

**Tenant Relocation**

A. In the event that your tenants must temporarily vacate the covered Building at the described premises due to untenantability caused by direct physical loss or damage by a Covered Cause of Loss, we will pay the following expenses you actually incur to move those tenants out of and back into your covered Building.

B. We will only pay for the following expenses:

(1) Packing, transporting and unpacking the tenant's Business Personal Property including the cost of insuring the move out and back and any necessary disassembly and reassembly or setup of furniture and equipment; and

(2) The net cost to discontinue and re-establish the tenants' utility and telephone services, after any refunds due the tenants.

(3) We will only pay for these expenses that you actually incur within 60 days of the date that the damaged buildings has been repaired or rebuilt.

(4) The amount we will pay for this Additional Coverage is subject to the provision of the Bucket Limit of Insurance. See the Bucket Limit of Insurance section. Regardless of the number of tenants' involved, the most we will pay in any one "occurrence" is $5,000.

**The following amendments apply to Section A. COVERAGE, 5. Coverage Extensions:**

Coverage Extension **A.5.a. Newly Acquired or Constructed Property** is amended as follows:

In item **(1)**, the paragraph stating the limit of insurance applying under the extension of coverage to Building properties is amended as follows:

The most we will pay for loss or damage under this Extension is **$250,000** at each building.

In item **(2)**, the paragraph stating the limit of insurance applying under the extension of coverage to Your Business Personal Property is amended as follows:

The most we will pay for loss or damage under this Extension is **$125,000** at each building.

In item **(3)**, paragraph **(b)** is amended as follows:

**(b) 120 days** expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

Coverage Extension **A.5.b. Personal Effects and Property of Others** is amended as follows;

Paragraph **(1)** is replaced by the following;

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees.

The amount we will pay for this Coverage Extension for Personal Effects is subject to the provisions of the Bucket Limit of Insurance. See the Bucket Limit of Insurance section.

Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

Paragraph (2) is replaced by the following:

**(2)** Personal property of others in your care, custody or control.

The amount we will pay for this Coverage Extension for Property of Others is subject to the provisions of the Bucket Limit of Insurance. See the Bucket Limit of Insurance section. The most we will pay for Property of Others is $5,000.

Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

Coverage Extension **A.5.c. Valuable Papers and Records (Other Than Electronic Data)** is amended as follows:

A. The first sentence of **A.5.c. (4)** stating the limit of insurance applying to this extension of coverage is amended as follows:

The amount we will pay for this Coverage Extension for Valuable Papers and Records is subject to the provisions of the Bucket Limit of Insurance. See the Bucket Limit of Insurance section.

B. The following coverage is added:

**Valuable Papers and Records (Other Than Electronic Data) – Away From Your Premises**

We will pay up to **$5,000** for covered "loss" to "valuable papers and records" while such Covered Property is away from your "premises" in cases other than when Removal Coverage applies. The amount we will pay for this Coverage Extension for Valuable Papers and Records (Other Than Electronic Data) – Away From Your Premises is subject to the provision of the Bucket Limit of Insurance. See the Bucket Limit of Insurance section.

C. With respect to this Coverage Extension for Valuable Papers (Other Than Electronic Data) the following amendment applies to Section **H. DEFINITIONS**:

The following definitions are added:

**"Loss"** means accidental loss or damage.

Exhibit A

**"Valuable papers and records"** means inscribed, printed or written documents, manuscripts or records, including abstracts, books, deeds, drawings, films, maps or mortgages.

But "valuable papers and records" does not mean "money" or "securities", converted data, programs or instructions used in your data processing operations, including the materials on which the data is recorded.

As used in this definition of "valuable papers and records", **"money"** means:

a. Currency, coins and bank notes whether or not in current use; and

b. Travelers checks and money orders held for sale to the public.

As used in this definition of "valuable papers and records", **"securities"** means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

a. Tokens, tickets, revenue and other stamps whether or not in current use; and

b. Evidences of debt issued in connection with credit or charge cards, which cards are not of your own issue.

But does not include "money".

**"Premises"** means that interior portion of the building at the address shown in the Declarations that you occupy for your business.

Coverage Extension **A.5.d. Property Off-Premises** is replaced by the following:

**d. Property Off-Premises**

(1) You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

(a) Temporarily at a location you do not own, lease, or operate;

(b) In storage at a location you lease, provided the lease was executed after the beginning of the current policy term;

(c) At any fair, trade show or exhibition; or

(d) In the care, custody, or control of your salespersons.

(2) The most we will pay for loss or damage under this Extension is **$10,000** in any one occurrence, except that with respect to Covered Property of salespersons.

The most we will pay for loss or damage is $2,500 per salesperson in any one occurrence and $5,000 in each separate 12 month period. Each separate 12 month period of this policy

starts on the policy inception or anniversary date.

(3) This Coverage Extension does not apply to Covered Property insured by another Coverage Extension or Additional Coverage that provides a specified limit of off-premises coverage.

**Coverage Extension A.5.e. Outdoor Property is deleted.**

**Each of the following Coverage Extensions is added to Section A. COVERAGE, 5. Coverage Extensions:**

**Coverage Extension for Accounts Receivables**

**A.** If this policy covers Your Business Personal Property, you may extend that insurance to apply to loss or damage to your accounts receivable records (other than electronic data) caused by or resulting from a Covered Cause of Loss.

**B.** With respect to this Coverage Extension for Accounts Receivable, the following amendments apply to **Section A. COVERAGE:**

1. With respect to this Coverage Extension, the following is added to **A. COVERAGE, 1. Covered Property:**

Your Records of Accounts Receivable that are located at a "premises" described in the Declarations.

We will pay:

a. All amounts due from your customers that you are unable to collect;

b. Interest charges on any loan required to offset amounts you are unable to collect pending the payment of these amounts;

c. Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage; and

d. Other reasonable expenses that you incur to re-establish your records of accounts receivable; that result from Covered Causes of Loss to your records of accounts receivable.

2. With respect to this Coverage Extension for Accounts Receivable, the following items are added to **A. COVERAGE, 2. Property Not Covered:**

"Contraband, or property in the course of illegal transportation or trade";

3. With respect to this Coverage Extension for Accounts Receivable, the following Coverage Extension – Removal is added:

**Removal**

If you give us written notice within **10 days** of removal of your records of accounts receivable because of imminent danger of loss or damage, we will pay for loss or damage while they are:

a. At a safe place away from your "premises"; or

b. Being taken to and returned from that place.

This Coverage Extension –Removal is included within the Limit of Insurance applicable to the "premises" from which the records of accounts receivable are removed.

**C.** With respect to this Coverage Extension for Accounts Receivable, the following amendment applies to **Section C. LIMITS OF INSURANCE:**

The amount we will pay under this Coverage Extension for Accounts Receivable is subject to the provisions of the Bucket Limit of Insurance except **$5,000** for covered property while in transit or temporarily at your home or a premises you do not own, lease, or operate.

**D.** With respect to this Coverage Extension for Accounts Receivable, the following amendments apply to **Section E. LOSS CONDITIONS:**

**Determination of Receivables**

The LOSS CONDITION applicable to Valuation is replaced by the following:

1. If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage, the following method will be used:

   a. Determine the total of the average monthly amounts of accounts receivable for the **12** months immediately preceding the month in which the loss or damage occurs; and

   b. Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

2. The following will be deducted from the total amount of accounts receivable, however that amount is established:

   a. The amount of the accounts for which there is no loss or damage;

   b. The amount of the accounts that you are able to re-establish or collect;

   c. An amount to allow for probable bad debts that you are normally unable to collect; and

   d. All unearned interest and service charges.

**Recoveries**

The following is added to the LOSS CONDITION applicable to Recovered Property:

As respects recoveries of accounts receivable, you will pay us the amount of all recoveries you receive for loss or damage paid by us. But any recoveries in excess of the amount we have paid belong to you.

**E.** With respect to this Coverage Extension for Accounts Receivable, the following amendment applies to **Section H. DEFINITIONS:**

The following definition is added:

"Premises" means that interior portion of the building at the address shown in the Declarations that you occupy for your business.

**Coverage Extension for Electronic Equipment and Electronic Data**

**A.** **Covered Property:** If this policy covers Your Business Personal Property, you may extend this insurance to apply to loss or damage to "Electronic Equipment" and "Electronic Data" at the locations specified in the declarations, or while in transit or at any other location which:

1. Is owned by you and used in your business; or

2. Belongs to others and is in your care, custody, and control.

**B.** **Property Not Covered:** "Electronic Equipment" and "Electronic Data" does not include the following:

1. "Electronic Equipment" and "Electronic Data" that:

   a. Is held as samples;

   b. Is held for rental, lease or sale; or

   c. You rent or lease to others;

2. "Electronic Equipment" which is permanently installed or designed to be permanently installed in any aircraft, watercraft, motor-truck or other vehicle subject to motor vehicle registration; and "Electronic Data" installed in such "Electronic Equipment";

3. Accounts Receivable or Valuable Papers and Records, including the cost to research, replace or restore lost information, including that which is recorded or stored on materials such as magnetic tapes or diskettes used in "Electronic Equipment"; or

4. "Electronic Equipment" and "Electronic Data" in storage away from the premises shown as listed in the Declarations.

5. Software which cannot be replaced or reproduced with others of the same kind or quality.

**C.** **Causes of Loss:**

1. Under this Coverage Extension for Electronic Equipment and Electronic Data, the following additional Causes of Loss are covered:

   a. Changes in your electrical power supply, including interruption, power surge, blackout or brownout, if the cause of such event

| Form No: | NMP25-END 0211 |
| --- | --- |
| | Page 10 of 15 |

originates 1,000 feet or less from any premises described in the Declarations;

**b.** Dampness or dryness of atmosphere or changes in or extremes of temperature;

**c.** Mechanical Breakdown of "Electronic Equipment". However, if you have a manufacturer's warranty or service contract covering the same loss as is covered by this insurance, we will pay only the excess over what you should have received from the warranty or service contract.

**2.** Other than as provided in this coverage extension, if the Causes of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Coverage Extension for Electronic Equipment and Electronic Data.

**3.** The Covered Causes of Loss do not include "Virus" and there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

**D. Valuation:** The value of the "Electronic Data" under this Coverage Extension for Electronic Equipment and Electronic Data will be either:

**1.** The actual cost of reproducing or replacing the lost or damaged data and media if you actually reproduce or replace them; or

**2.** The cost to replace the blank media with substantially identical property.

**E. Definitions:**

**1.** "Electronic Equipment"

**a.** means data processing equipment and information systems; equipment, component parts and related peripheral equipment, including air conditioning and fire protective equipment used solely for data processing operations; telephone equipment and telecommunications systems; and electronic office equipment such as photocopiers and fax machines.

**b.** does not mean equipment in the course of manufacture; electronic systems consisting of separately identifiable and removable component memory or control boxes that are attached to and control production machinery; electronic medical equipment and/or laboratory testing equipment; and audio/visual equipment.

**2.** "Electronic Data" means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**3.** "Virus" means a computer virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation.

**F. Limits of Insurance:**

The amount we will pay under this Coverage Extension for "Electronic Equipment" and "Electronic Data" is subject to the provisions of the Bucket Limit of Insurance. See the Bucket Limit of Insurance Section. The most we will pay under this Coverage Extension for loss or damage to "Electronic Equipment" and "Electronic Data" is **$5,000** in any one occurrence.

**Coverage Extension for Free-On-Board (F.O.B.) Shipments**

If this policy covers Your Business Personal Property, you may extend that insurance to apply to goods you sell to others which are shipped to them at their risk of loss. This Coverage Extension only applies if you cannot collect the bill of sale because:

**(1)** The goods have been damaged by a Covered Cause of Loss; and

**(2)** Your customer has refused or is unable to pay.

We will not cover any loss caused by or resulting from forgery, alteration, the giving or surrendering of checks or money in an exchange or purchase, or accounting or arithmetic errors or omissions.

The amount we will pay for this Coverage Extension for F.O.B. Shipments is subject to the provision of the Bucket Limit of Insurance. See the Bucket Limit of Insurance section. The most we will pay for loss or damage under this Extension of Coverage – F.O.B. Shipments – is **$2,500** per occurrence.

**Coverage Extension for Outdoor Property – Other**

You may extend the insurance provided by this Coverage Form to apply to loss or damage to the

Exhibit A

following property when within **1,000 feet** of the described premises: your outdoor fences, fountains, statuary, permanently secured artwork, radio and television antennas (including satellite dishes) and their lead-in wiring, masts or towers, including debris removal expense. Coverage applies to loss or damage caused by or resulting from a Covered Cause of Loss applicable to the premises.

The amount we will pay under this Coverage Extension for Outdoor Property – Other is subject to the provisions of the Bucket Limit of Insurance. See the Bucket Limit of Insurance section. The most we will pay for loss or damage under this Extension of Coverage – Outdoor Property – Other– is **$5,000**.

#### Coverage Extension for Outdoor Property – Signs

You may extend the insurance provided by this Coverage Form to apply to loss or damage to the following property when within **1,000 feet** of the described premises: outdoor signs (other than signs attached to buildings) owned by you, or owned by others but in your care, custody, or control. Coverage for debris removal expense is included. Coverage applies to loss or damage caused by or resulting from a Covered Cause of Loss applicable to the premises. However, we will not cover loss or damage caused by breakage during transportation unless caused by fire, lightning, collision, derailment, or overturning of a vehicle.

The amount we will pay under this Coverage Extension for Outdoor Property – Signs is subject to the provisions of the Bucket Limit of Insurance. See the Bucket Limit of Insurance section. The most we will pay for loss or damage under this Extension of Coverage – Outdoor Property – Signs- is **$5,000**.

#### Coverage Extension for Outdoor Property – Trees, Shrubs and Plants

You may extend the insurance provided by this Coverage Form to apply to loss or damage to the following property when within **1,000 feet** of the described premises: your trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense. Coverage applies to loss or damage caused by or resulting from any of the following causes of loss:

    (1) Fire;

    (2) Lightning;

    (3) Explosion;

    (4) Riot or Civil Commotion;

    (5) Aircraft; or

    (6) Vehicles which you do not own, operate or lease.

The amount we will pay under this Coverage Extension for Outdoor Property – Trees, Shrubs and Plants is subject to the provisions of the Bucket Limit of Insurance. Under the Coverage Extension for Outdoor Property – Trees, Shrubs and Plants, we will not pay more than **$5,000 but not more than $500** for any one tree, shrub or plant.

#### Coverage Extension for Water Back-Up from Sewers and Drains

You may extend the insurance provided by this Coverage Form to apply to loss or damage caused by or resulting from water that backs up or overflows from a sewer, drain or sump. To the extent that it conflicts with this coverage extension, paragraph (3), of the Water exclusion in the Causes of Loss – Special Form does not apply. However, all other paragraphs of the Water exclusion continue to apply.

The amount we will pay for this Coverage Extension for Water Back-Up from Sewers and Drains is subject to the provision of the Bucket Limit of Insurance. See the Bucket Limit of Insurance section. The most that we will pay under this Coverage Extension- Water Back-Up from Sewers and Drains- is **$25,000** per occurrence.

#### Deductible

1. We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the greater of:

    **a.** **$2,500**; or

    **b.** The deductible applicable to Your Business Personal Property at the premises where the loss occurred.

2. We will then pay the amount of loss or damage in excess of the deductible up to the limit of insurance applicable to this coverage extension.

#### Other Insurance

The following applies to this Coverage Extension only:

The insurance provided by this endorsement is excess above any and all collectible insurance whether primary, excess, escape or contingent.

**The following amendments apply to the Loss Conditions section of the Coverage Form:**

#### Valuation – Loss Conditions Amendment

The first paragraph of **b.** of the Loss Conditions applying to Valuation is deleted and replaced by the following:

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is **$5,000** or less, we will pay the cost of building repairs or replacement.

Form No:    NMP25-END 0211
Page 12 of 15

# PART TWO – CAUSES OF LOSS – SPECIAL FORM

If the following Causes of Loss Form is attached to this policy, it is amended as shown below:

## CAUSES OF LOSS – SPECIAL FORM

**The following amendment applies to Section B. EXCLUSIONS, 1., b. Earth Movement:**

The paragraph between Paragraphs **b. (4) and (5) of B.1.b. Earth Movement** is replaced by the following:

But if Earth Movement, as described in b. (1) through (4) above, results in fire, explosion, or theft, we will pay for the loss or damage caused by that fire, explosion, or theft.

The first paragraph of B.1.b. (5) is replaced by the following:

**(4)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage, theft, or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage, theft, or Volcanic Action.

The following paragraph is added to **B.1.b. Earth Movement:**

This exclusion does not apply to loss or damage to property in transit.

**The following amendments apply to Section B. EXCLUSIONS, 1., g. Water:**

Paragraph **(2)** of **B.1.g. Water** is deleted.

The last paragraph of **B.1.g. Water** is replaced by the following:

But if Water, as described in g. (1), g. (3), and g. (4) above, results in fire, theft, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, theft, explosion or sprinkler leakage.

The following paragraph is added to **B.1.g. Water:**

This exclusion does not apply to loss or damage to property in transit.

**The following amendment is added to Section B. EXCLUSIONS, 4. Special Exclusions:**

The following provisions apply only to the following Coverage Forms:

### BUILDING AND PERSONAL PROPERTY COVERAGE FORM

**a.** The following additional exclusions apply to coverage provided under the Coverage Extension for **Valuable Papers and Records (Other Than Electronic Data):**

We will not pay for a "loss" caused by or resulting from any of the following:

**(1)** Errors or omissions in processing or copying.

But we will pay for direct "loss" caused by resulting fire or explosion if these causes of "loss" would be covered by this Coverage Extension.

**(2)** Electrical or magnetic injury, disturbance or erasure of electronic recordings.

But we will pay for direct "loss" caused by lightning.

**(3)** Unauthorized instructions to transfer property to any person or to any place.

**b.** The following additional exclusions apply to coverage provided under the Coverage Extension for **Accounts Receivable (Other Than Electronic Data):**

**(1)** We will not pay for a "loss" caused by or resulting from any of the following:

**(a)** Alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of money, securities or other property. This exclusion applies only to the extent of the wrongful giving, taking or withholding.

**(b)** Bookkeeping, accounting or billing errors or omissions.

**(c)** Electrical or magnetic injury, disturbance or erasure of electronic recordings that is caused by or results from:

**(i)** Programming errors or faulty machine instructions;

**(ii)** Faulty installation or maintenance of data processing equipment or component parts;

**(iii)** An occurrence that took place more than **1000** feet from your "premises"; or

**(iv)** Interruption of electrical power supply, power surge, blackout or brownout if the cause of such occurrence took place more than **1000** feet from your "premises".

But we will pay for direct "loss" caused by lightning.

**(d)** Unauthorized instructions to transfer property to any person or to any place.

**(2)** We will not pay for "loss" that requires any audit of records or any inventory computation to prove its factual existence.

**The following amendments apply to Section C. LIMITATIONS:**

Section **C.** Limitations, Paragraph **3** is amended by deleting the reference to $2,500 in Paragraphs **C.4.a, C.4.b., C4.c.** and replacing it with $5,000.

**Patterns, Dies, Molds and Forms**

Paragraph **3.c.** of **C. Limitations** is replaced by the following:

**The following amendments apply to Section F. ADDITIONAL COVERAGE EXTENSIONS.**

**Property in Transit**

Additional coverage Extension **F.,1, Property in Transit, c.** is amended to increase the limit of liability:

> **c.** The most we will pay for the loss or damage under this Extension is **$5,000** per occurrence.

**c.** $5,000 per occurrence for patterns, dies, molds and forms

# PART THREE – BUSINESS INCOME COVERAGES

## Applies to Section VI – Business Property Insurance Only

If the following Coverage Form is attached to this policy, it is amended as shown below:

**BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM**
**The following amendment applies to Section A. COVERAGE:**

All references to **"within 100 feet"** in Section **A. COVERAGE** are changed to **"within 1,000 feet"**.

# PART FOUR – CRIME COVERAGES

A **Crime Bucket Limit of Insurance** is available to apply per occurrence to the combined loss or damage covered by the Crime coverages listed below (Employee Theft, Money and Securities, Money Orders and Counterfeit Paper Currency, and Forgery and Alteration).

We will not pay more than **$5,000** per occurrence for any claim covered by the **Crime Bucket Limit Coverages.** This is additional insurance.

The insured may purchase specific insurance to apply to property that would also be insured by a **Crime Bucket Limit Coverage.** If there is other insurance available to any insured, this endorsement is excess insurance above any and all other collectible insurance whether primary, excess, escape or contingent.

The **Crime Bucket Limit Coverages** are subject to the conditions of their respective Additional Coverages and Coverage Extensions as outlined below.

**Crime Bucket Limit Coverages:**

**Employee Theft**

**A.** We will pay for loss of or damage to "money", "securities" and "other property" resulting directly from "theft" committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

For the purposes of this Insuring Agreement, "theft" shall also include forgery.

**B.** Exclusions

This insurance does not cover:

**(1)** Acts Committed By You, Your Partners Or Your Members

Loss resulting from "theft" or any other dishonest act committed by:

**(a)** You; or

**(b)** Any of your partners or "members"; whether acting alone or in collusion with other persons.

**(2)** Acts Of Employees Learned Of By You Prior To The Policy Period

Loss caused by an "employee" if the "employee" had also committed "theft" or any other dishonest act prior to the effective date of this insurance and you or any of your partners, "members", "managers", officers, directors or trustees, not in collusion with the "employee", learned of that "theft" or dishonest act prior to the Policy Period shown in the Declarations.

**(3)** Acts Of Employees, Managers, Directors, Trustees Or Representatives Loss resulting from "theft" or any other dishonest act committed by any of your "employees", "managers", directors, trustees or authorized representatives:

Exhibit A

(a) Whether acting alone or in collusion with other persons; or

(b) While performing services for you or otherwise;

except when covered under Insuring Agreement A. Employee Theft.

## Money And Securities Coverage

A. We will pay for loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee having use and custody of the property, at the described premises, or in transit between any of these places, resulting directly from:

(1) Theft, meaning any act of stealing;

(2) Disappearance; or

(3) Destruction.

B. In addition to the Limitations and Exclusions applicable to Section B., Causes of Loss – Special Form, we will not pay for the following;

(1) Resulting from accounting or arithmetical errors or omissions;

(2) Due to the giving or surrendering of property in any exchange or purchase; or

(3) Of property contained in any "money"-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

C. All loss:

(1) Caused by one or more persons; or

(2) Involving a single act or series of related acts;

is considered one occurrence.

D. You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

## Money Orders And Counterfeit Paper Currency Coverage

We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

(1) Money orders issued by any post office, express company or bank that are not paid upon presentation; or

(2) "Counterfeit" paper currency that is acquired during the regular course of business.

## Forgery or Alteration Coverage

(1) We will pay for loss resulting directly from forgery or alteration of any check, draft, promissory note, bill or exchange or similar written promise of payment in "money," that you

or your agent has issued, or that was issued by someone who impersonates you or your agent.

(2) If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money," on the basis that it has been forged or altered, and you have our written consent to defend against the suite, we will pay for any reasonable legal expenses that you incur in that defense..

## Crime Deductible

We will not pay for loss or damage in any one loss until the amount of loss or damage exceeds $500; we will then pay the amount of loss or damage in excess of the deductible up to the available limit of insurance.

## Crime Definitions

1. "Counterfeit" means an imitation of an actual valid original which is intended to deceive and to be taken as the original

2. "Employee" means:

a. Any natural person:

(1) While in your service and for the first 30 days immediately after termination of service, unless such termination is due to "theft" or any dishonest act committed by the "employee";

(2) Who you compensate directly by salary, wages or commissions; and

(3) Who you have the right to direct and control while performing services for you;

b. Any natural person who is furnished temporarily to you:

(1) To substitute for a permanent "employee" as defined in paragraph a.(1), who is on leave; or (b) To meet seasonal or short-term work load conditions;

while that person is subject to your direction and control and performing services for you, excluding, however, any such person while having care and custody of property outside the "premises";

c. Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in paragraph a.(2);

d. Any natural person who is:

(1) A trustee, officer, employee, administrator or manager, except an administrator or manager who is an independent contractor, of any "employee benefit plan"; and

Exhibit A

(2) A director or trustee of yours while that person is engaged in handling "funds" or "other property" of any "employee benefit plan";

e. Any natural person who is a former "employee", partner, "member", "manager", director or trustee retained as a consultant while performing services for you;

f. Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside the "premises";

g. Any "employee" of an entity merged or consolidated with you prior to the effective date of this policy; or

h. Any of your "managers", directors or trustees while:

(a) Performing acts within the scope of the usual duties of an "employee"; or

(b) Acting as a member of any committee duly elected or appointed by resolution of your board of directors or board of trustees to perform specific, as distinguished from general, directorial acts on your behalf.

3. "Manager" means a person serving in a directorial capacity for a limited liability company.

4. "Member" means an owner of a limited liability company represented by its membership interest, who also may serve as a "manager".

5. "Money" means:

a. Currency, coins and bank notes in current use and having a face value; and

b. Travelers checks, register checks and money orders held for sale to the public.

6. "Occurrence" means

a. As respects your Forgery and Alteration Coverage, all loss caused by an person or in which that person is involved, whether the loss involves one or more instruments.

b. As respects all other Crime Coverages:

(1) An act or series of related acts involving one or more persons; or

(2) An act or event, or series of related acts or events not involving any person.

7. "Operations" means your business activities occurring at the described premises.

8. "Other property" means any tangible property other than "money" and "securities" that has intrinsic value. "Other property" does not include computer programs, electronic data or any property specifically excluded under this insurance.

9. "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

But does not include "money"

10. "Theft" means the unlawful taking of property to the deprivation of the Insured.

Exhibit A

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**LIMITATIONS ON COVERAGE FOR ROOF SURFACING**

This endorsement modifies insurance provided under the following:
    COMMERCIAL PROPERTY COVERAGE PART and
    PIERS, WHARVES and DOCKS COVERAGE SECTION

**A.** The following applies with respect to loss or damage by a **Covered Cause of Loss (including wind and hail if covered)** to a building or structure identified in the Schedule as being subject to this Paragraph **A., and Coverage provided under Piers, Wharves and Docks Insurance:**

Replacement Cost coverage (if otherwise applicable to such property) does not apply to roof surfacing. In- stead, we will determine the value of roof surfacing at actual cash value as of the time of loss or damage.

**B.** The following applies with respect to loss or damage by **wind and/or hail** to a building or structure identified in the Schedule as being subject to this Paragraph **B.:**

We will not pay for cosmetic damage to roof surfacing caused by wind and/or hail. For the purpose of this endorsement, cosmetic damage means that the wind and/or hail caused marring, pitting or other superficial damage that altered the appearance of the roof surfacing, but such damage does not prevent the roof from continuing to function as a barrier to entrance of the elements to the same extent as it did before the cosmetic damage occurred.

**C.** For the purpose of this endorsement, roof surfacing refers to the shingles, tiles, cladding, metal or synthetic sheeting or similar materials covering the roof and includes all materials used in securing the roof surface and all materials applied to or under the roof surface for moisture protection, as well as roof flashing.

**SCHEDULE***

| **Premises Number** | **Building & Dock Numbers** | **Indicate Applicability (Paragraph A. and/or Paragraph B.)** |
|---|---|---|
| **ALL** | **ALL** | **A & B** |
| *Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**All other terms and conditions remain unchanged.**

Exhibit A

IMU 0143 1014

## EQUIPMENT BREAKDOWN ENDORSEMENT

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EQUIPMENT BREAKDOWN COVERAGE

This endorsement modifies insurance provided under the following:

MARINA PACKAGE POLICY

    BUILDING AND PERSONAL PROPERTY COVERAGE FORM

    CAUSES OF LOSS - SPECIAL FORM

    EQUIPMENT AND TOOLS INSURANCE - COVERAGE SECTION VII

COMMERCIAL MARINE PACKAGE

    MARINE PROPERTY COVERAGE PART - SECTION III COVERAGE PART III

    MOBILE EQUIPMENT PHYSICAL DAMAGE INSURING CONDITIONS - SECTION III COVERAGE PART II

YACHT CLUB PROGRAM

    MARINE PROPERTY COVERAGE FORM - COVERAGE SECTION VI

    EQUIPMENT AND TOOLS INSURANCE - COVERAGE SECTION VII

**A.** The following is added as an Additional Coverage to the applicable Causes of Loss Form.

**Additional Coverage – Equipment Breakdown**

The term Covered Cause of Loss includes the Additional Coverage Equipment Breakdown as described and limited below.

1. We will pay for direct physical damage to Covered Property that is the direct result of an "accident." As used in this Additional Coverage, "accident" means a fortuitous event that causes direct physical damage to "covered equipment." The event must be one of the following:

    **a.** mechanical breakdown, including rupture or bursting caused by centrifugal force;

    **b.** artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires;

    **c.** explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

    **d.** loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

    **e.** loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

2. Unless otherwise shown in an Equipment Breakdown Coverage Schedule, the following coverages also apply to the direct result of an "accident." These coverages do not provide additional amounts of insurance.

    **a. Expediting Expenses**

    With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

    **(1)** make temporary repairs; and

    **(2)** expedite permanent repairs or permanent replacement.

    The most we will pay for loss or expense under this coverage is $50,000 unless otherwise shown in an Equipment Breakdown Coverage Schedule.

    **b. Hazardous Substances**

    We will pay your additional cost to repair or replace Covered Property because of contamination by a "hazardous substance." This includes the additional expenses to clean up or dispose of such property.

    This does not include contamination of "perishable goods" by refrigerant, including but not limited to ammonia, which is addressed in 2.c.(1)(b) below. As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage had no "hazardous substance" been involved.

    The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $50,000 unless otherwise shown in an Equipment Breakdown Coverage Schedule.

    **c. Spoilage**

    **(1)** We will pay:

Exhibit A

(a) for physical damage to "perishable goods" due to spoilage;

(b) for physical damage to "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia;

(c) any necessary expenses you incur to reduce the amount of loss under this coverage to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

(2) If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident," less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Valuation condition.

The most we will pay for loss, damage or expense under this coverage is $50,000 unless otherwise shown in an Equipment Breakdown Coverage Schedule.

**d. Data Restoration**

We will pay for your reasonable and necessary cost to research, replace and restore lost "data."

The most we will pay for loss or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $50,000 unless otherwise shown in an Equipment Breakdown Coverage Schedule.

**e. Service Interruption**

(1) Any insurance provided for Business Income, Extra Expense or Spoilage is extended to apply to your loss, damage or expense caused by the interruption of utility services. The interruption must result from an "accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier who provides you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

(2) Unless otherwise shown in an Equipment Breakdown Coverage Schedule, Service Interruption coverage will not apply unless the failure or disruption of service exceeds 24 hours immediately following the "accident." If the interruption exceeds 24 hours, coverage will begin at the time of the interruption, and the applicable deductible will apply.

(3) The most we will pay in any "one accident" for loss, damage or expense under this coverage is the applicable limit for Business Income, Extra Expense or Spoilage, except that if a limit is shown in an Equipment Breakdown Coverage Schedule for Service Interruption, that limit will apply to Business Income and Extra Expense loss under this coverage.

**f. "Fungus," Wet Rot, Dry Rot And Bacteria**

(1) We will pay your additional cost to repair or replace Covered Property because of contamination by "fungus," wet rot, dry rot or bacteria resulting from an "accident." This includes the additional costs to clean up or dispose of such property. This does not include spoilage of personal property that is "perishable goods" to the extent that such spoilage is covered under Spoilage coverage.

(2) As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage had no "fungus," wet rot, dry rot or bacteria been involved.

(3) We will also pay the cost of testing performed after repair or replacement of the damaged Covered Property is completed only to the extent that there is reason to believe there is the presence of "fungus," wet rot, dry rot or bacteria.

(4) This coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

(5) The most we will pay in any "one accident" for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $15,000 unless otherwise shown in an Equipment Breakdown Coverage Schedule even if the "fungus," wet rot, dry rot or bacteria continues to be present or active or recurs in a later policy period.

**g. Business Income and Extra Expense**

Any insurance provided under this coverage part for Business Income or Extra Expense is extended to the coverage provided by this endorsement. However, if a deductible is shown in an Equipment Breakdown Coverage Schedule, then as respects Equipment Breakdown coverage, the "period of restoration" will begin immediately after the "accident," and the deductible shown in an Equipment Breakdown Coverage Schedule will apply. The most we will pay for loss or expense under this coverage is the applicable limit for Business Income and Extra Expense, unless otherwise shown in an Equipment Breakdown Coverage Schedule.

**3. EXCLUSIONS**

Exhibit A

All exclusions in the applicable Causes of Loss form apply except as modified below and to the extent that coverage is specifically provided by this Additional Coverage Equipment Breakdown.

**a.** As respects this endorsement only, the last paragraph of Exclusion B.2.d. is deleted and replaced with the following:

But if an excluded cause of loss that is listed in 2.d.(1) through (7) results in an "accident," we will pay for the loss, damage or expense caused by that "accident."

**b.** We will not pay under this endorsement for loss, damage or expense caused by or resulting from:

**(1)** any of the following:

**(a)** defect, programming error, programming limitation, computer virus, malicious code, loss of "data," loss of access, loss of use, loss of functionality or other condition within or involving "data" or "media" of any kind; or

**(b)** misalignment, miscalibration, tripping off-line, or any condition which can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of maintenance.

However, if an "accident" results, we will pay for the resulting loss, damage or expense caused by that "accident."

**(2)** any of the following tests:

a hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment.

**(3)** an "accident" to any unscheduled equipment and tools, except as provided by the Additional Coverages for Automatic Coverage for Newly Acquired Property and Automatic Coverage for Borrowed, Rented, or Leased Equipment;

**(4)** your failure to use all reasonable means to protect equipment and tools from damage following an "accident"; or

**(5)** the collision or upset of any vehicle, marine travel lift or marine travel hoist.

**c.** With respect to Service Interruption and "Fungus," Wet Rot, Dry Rot And Bacteria coverages, we will also not pay for an "accident" caused by or resulting from: fire; lightning; windstorm or hail; explosion (except as specifically provided in A.1.c. above); smoke; aircraft or vehicles; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet; freezing; collapse; flood or earth movement.

**d.** With respect to Business Income, Extra Expense and Service Interruption coverages, we will also not pay for any increase in loss resulting from an agreement between you and your customer or supplier.

**e.** Except as specifically provided under A.2.f. "Fungus," Wet Rot, Dry Rot And Bacteria coverage, we will not pay for loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from an "accident": Any "fungus," wet rot, dry rot or bacteria, including any presence, growth, proliferation, spread or any activity of "fungus," wet rot, dry rot or bacteria.  This includes, but is not limited to, costs arising from clean up, removal, or abatement of such "fungus," wet rot, dry rot or bacteria.  However, this exclusion does not apply to spoilage of personal property that is  "perishable goods," to the extent that such spoilage is covered under Spoilage coverage.

**f.** We will not pay under this endorsement for any loss or damage to animals.

**4.  DEFINITIONS**

The following DEFINITIONS are added:

**a.** "Boilers and vessels" means:

**(1)** any boiler, including attached steam, condensate and feedwater piping; and

**(2)** any fired or unfired pressure vessel subject to vacuum or internal pressure other than the static pressure of its contents.

This term does not appear elsewhere in this endorsement, but may appear in an Equipment Breakdown Coverage Schedule.

**b.** "Covered equipment"

**(1)** "Covered equipment" means, unless otherwise specified in an Equipment Breakdown Coverage Schedule, Covered Property:

**(a)** that generates, transmits or utilizes energy ; or

**(b)** which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

"Covered equipment" may utilize conventional design and technology or new or newly commercialized design and technology.

Exhibit A

**(2)** None of the following is "covered equipment":

    **(a)** structure, foundation, cabinet or compartment;

    **(b)** insulating or refractory material;

    **(c)** sewer piping, buried vessels or piping, or piping forming a part of a sprinkler or fire suppression system;

    **(d)** water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

    **(e)** "vehicle" or any equipment mounted on a "vehicle";

    **(f)** satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

    **(g)** dragline, excavation or construction equipment; or

    **(h)** equipment manufactured by you for sale.

**c.** "Data" means information or instructions stored in digital code capable of being processed by machinery.

**d.** "Hazardous substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

**e.** "Media" means material on which "data" is recorded, such as magnetic tapes, hard disks, optical disks or floppy disks.

**f.** "One accident" means: If an initial "accident" causes other "accidents," all will be considered "one accident." All "accidents" that are the result of the same event will be considered "one accident."

**g.** "Perishable goods" means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

**h.** "Production machinery" means any machine or apparatus that processes or produces a product intended for eventual sale. This includes all component parts of such machine or apparatus and any other equipment used exclusively with such machine or apparatus. However, "production machinery" does not mean any boiler, or fired or unfired pressure vessel.

This term does not appear elsewhere in this endorsement, but may appear in an Equipment Breakdown Coverage Schedule.

**i.** "Vehicle" means, as respects this endorsement only, any machine or apparatus that is used for transportation or moves under its own power. "Vehicle" includes, but is not limited to: car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester. "Vehicle" does not mean marine travel lifts or marine travel hoists.

In addition, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power source will not be considered a "vehicle."

**B.** The Building and Personal Property Coverage Form or the Marine Property Coverage Form, whichever applies, is modified as follows. The definitions stated above also apply to section B. of this endorsement.

    **1. DEDUCTIBLE**

The deductible in the Declarations applies unless a separate Equipment Breakdown deductible is shown in an Equipment Breakdown Coverage Schedule. If a separate Equipment Breakdown deductible is shown, the following applies.

Only as regards Equipment Breakdown Coverage, the DEDUCTIBLE section of the applicable Property Coverage Form is deleted and replaced with the following:

    **a. Deductibles for Each Coverage**

    **(1)** Unless the Equipment Breakdown Coverage Schedule indicates that your deductible is combined for all coverages, multiple deductibles may apply to any "one accident."

    **(2)** We will not pay for loss, damage or expense under any coverage until the amount of the covered loss, damage or expense exceeds the deductible amount indicated for that coverage in the Equipment Breakdown Coverage Schedule. We will then pay the amount of loss, damage or expense in excess of the applicable deductible amount, subject to the applicable limit.

    **(3)** If deductibles vary by type of "covered equipment" and more than one type of "covered equipment" is involved in any "one accident," only the highest deductible for each coverage will apply.

    **b. Direct and Indirect Coverages**

    **(1)** Direct Coverages Deductibles and Indirect Coverages Deductibles may be indicated in the Equipment Breakdown Coverage Schedule.

    **(2)** Unless more specifically indicated in the Equipment Breakdown Coverage Schedule:

      **(a)** Indirect Coverages Deductibles apply to Business Income and Extra Expense loss; and

**(b)** Direct Coverages Deductibles apply to all remaining loss, damage or expense covered by this endorsement.

**c. Application of Deductibles**

**(1) Dollar Deductibles**

We will not pay for loss, damage or expense resulting from any "one accident" until the amount of loss, damage or expense exceeds the applicable Deductible shown in the Equipment Breakdown Coverage Schedule. We will then pay the amount of loss, damage or expense in excess of the applicable Deductible or Deductibles, up to the applicable Limit of Insurance.

**(2) Time Deductible**

If a time deductible is shown in the Equipment Breakdown Coverage Schedule, we will not be liable for any loss occurring during the specified number of hours or days immediately following the "accident." If a time deductible is expressed in days, each day shall mean twenty-four consecutive hours.

**(3) Multiple of Average Daily Value (ADV)**

If a deductible is expressed as a number times ADV, that amount will be calculated as follows:

The ADV (Average Daily Value) will be the Business Income (as defined in any Business Income coverage that is part of this policy) that would have been earned during the period of interruption of business had no "accident" occurred, divided by the number of working days in that period. No reduction shall be made for the Business Income not being earned, or in the number of working days, because of the "accident" or any other scheduled or unscheduled shutdowns during the period of interruption. The ADV applies to the Business Income value of the entire location, whether or not the loss affects the entire location. If more than one location is included in the valuation of the loss, the ADV will be the combined value of all affected locations. For purposes of this calculation, the period of interruption may not extend beyond the "period of restoration."

The number indicated in the Equipment Breakdown Coverage Schedule will be multiplied by the ADV as determined above. The result shall be used as the applicable deductible.

**(4) Percentage of Loss Deductibles**

If a deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss, damage or expense (prior to any applicable deductible or coinsurance) insured under the applicable coverage. If the dollar amount of such percentage is less than the indicated minimum deductible, the minimum deductible will be the applicable deductible.

**2. CONDITIONS**

The following conditions are in addition to the Conditions applicable to the MARINA PACKAGE POLICY, COMMERCIAL MARINE PACKAGE and YACHT CLUB PROGRAM.

**a. Suspension**

Whenever "covered equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" to that "covered equipment." This can be done by mailing or delivering a written notice of suspension to:

**(1)** your last known address; or

**(2)** the address where the "covered equipment" is located.

Once suspended in this way, your insurance can be reinstated only by an endorsement for that "covered equipment." If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment" for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

**b. Jurisdictional Inspections**

If any property that is "covered equipment" under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

**c. Environmental, Safety and Efficiency Improvements**

If "covered equipment" requires replacement due to an "accident," we will pay your additional cost to replace with equipment that is better for the environment, safer for people, or more energy or water efficient than the equipment being replaced.

However, we will not pay to increase the size or capacity of the equipment and we will not pay more than 150% of what the cost would have been to replace with like kind and quality. This condition does not apply to the replacement of component parts or to any property to which Actual Cash Value applies and does not increase any of the applicable limits.

Exhibit A

**d. Coinsurance**

If a coinsurance percentage is shown in an Equipment Breakdown Coverage Schedule for specified coverages, the following condition applies.

We will not pay for the full amount of your loss if the applicable limit is less than the product of the specified coinsurance percentage times the value of the property subject to the coverage at the time of the loss. Instead, we will determine what percentage this calculated product is compared to the applicable limit and apply that percentage to the gross amount of loss. We will then subtract the applicable deductible. The resulting amount, or the applicable limit, is the most we will pay. We will not pay for the remainder of the loss. Coinsurance applies separately to each insured location.

The most we will pay for loss, damage or expense under this endorsement arising from any "one accident" is the applicable Limit of Insurance in the Declarations unless otherwise shown in an Equipment Breakdown Coverage Schedule. Coverage provided under this endorsement does not provide an additional amount of insurance.

Exhibit A



Coverage Section VII

## Equipment/Tools

## This Section is Not Covered

Exhibit A

# Coverage Section VIII

## Owned Watercraft Insurance

### 1. Coverage

Subject to the General Exclusions from Coverage (Section IX) and the General Conditions of Coverage (Section X), this Coverage Section insures the watercraft described in the Declarations for this Coverage Section where a premium is shown against all risks of direct physical loss of, or damage to, the watercraft insured from any external cause, except as provided in the Exclusions hereto.

### 2. Territorial Limits

This insurance covers the watercraft insured hereunder:

2.1  While at the insured locations, including adjacent moorings;

2.2  While being navigated on water under its own power and while confined to coastal waters not more than twenty-five (25) miles from the nearest coastal shoreline and inland waters of the United States, the District of Columbia and Canada;

2.3  While in due course of transit within the United States, the District of Columbia, and Canada.

### 3. Warranties

This insurance shall be void unless:

3.1  The watercraft insured are maintained by the Insured in a seaworthy condition at all times during the term of this insurance.

3.2  The watercraft insured are operated by the Insured or a competent "employee" of the Insured, or any competent person allowed to operate the watercraft per the terms and conditions of a signed rental agreement and always subject to any Federal, State or Local regulations.

### 4. Exclusions from Coverage

This insurance does not apply to loss, damage, expense directly or indirectly caused by, contributed

to, or resulting from, any of the following. Such loss, damage, liability or expense is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss, damage, liability or expense:

4.1  Wear and tear, gradual deterioration, inherent vice, marine borer damage or vermin damage;

4.2  An original defect in the property, or error in or improper design;

4.3  Rust, corrosion, or dampness of atmosphere;

But exclusions 4.1 through 4.3 above will not apply if:

4.3.1  Fire, explosion, sinking, dismasting, collision or stranding results, and

4.3.2  The excluded perils 4.1 through 4.3 cannot be reasonably discovered with due diligence on the part of the Insured.

4.4  Theft of any part of the insured property unless occurring in conjunction with theft of the entire watercraft or unless there be visible evidence of forced entry.

4.5.  Ice, freezing or extremes of temperature, but this exclusion shall not apply to:

4.5.1  Freezing attributable to the negligence of your crew or "employees" or to a third party to whom the watercraft has been entrusted, and

4.5.2  Contact with moving, floating or falling ice

4.6  Unexplained disappearance of all or any part of the watercraft;

4.7  Your neglect to use all reasonable means to save and preserve the property at and after any loss or when the property is so endangered.

4.8  Any loss, damage or expense arising out of an occurrence where the watercraft operated was not at all times in compliance with the applicable Federal, State and local rules and regulations, including but not limited to any such

Intact Insurance Ocean Marine
Contains copyrighted material of Insurance Services Office,
Inc. with its permission.

Exhibit A

regulation promulgated by the United States Coast Guard.

4.9   Delay, loss of use, loss of market, loss of warranty or diminution of value.

## 5. Valuation

The most that this Company will pay for loss of or damage to any one watercraft insured is the value of the watercraft indicated in the Declarations for this Coverage Section, less the deductible shown in the Declarations for this Coverage Section.

## 6. Total Loss / Constructive Total Loss

The watercraft shall not be considered a total or constructive total loss unless:

6.1   The watercraft is lost with no reasonable means of recovery; or

6.2   The expense of recovering and repairing the watercraft exceeds the valuation stated in the Declarations.

In the event that the cost of repairs shall exceed the insured value of the vessel, the Company, at its option, may declare the vessel a constructive total loss (CTL). In the event of a CTL, the Company, at its option, may require that, upon payment of the insured value, the Insured abandon the vessel to the Company. The Insured shall cooperate with the Company in the transfer of title and shall execute any documents reasonably required to transfer title of the vessel to the Company, or such third party as the Company may direct.

## 7. Partial Loss

We will pay the reasonable costs of repair or replacement for a partial loss, and we will not apply depreciation to such costs.

However, if you do not make repairs, we will pay the reasonable cost of repair or replacement less depreciation. The cost of repairs shall be determined without consideration for loss or diminishment of manufacturer warranties.

## 8. Repair Clause

Repairs to plywood, fiberglass, plastic, metal or other synthetic material shall be made by applying suitable patches in accordance with good repair practice to the damaged area.

## 9. Unrepaired Damage

We will not pay for unrepaired damage in addition to a subsequent total loss sustained during the term of this insurance.

## 10. Automatic Acquisition Clause

This insurance shall automatically cover watercraft similar to the watercraft described in the Declarations that the Insured acquires through purchase, bareboat charter or otherwise during the currency of this policy.

Such acquisition shall be reported to the Company within thirty (30) days of the acquisition date with full particulars necessary to assess the risk and charge the appropriate premium. Should the Insured not report such watercraft within thirty (30) days of acquisition, any coverage provided by this provision shall be revoked as if the vessel were never covered and any such extension of coverage shall be deemed void ab initio.

The most the Company will pay in any one loss is the purchase price or the appraised value (if not purchased) but not to exceed the highest value stated in the Schedule of Owned Watercraft.

## 11. Appraisal

If the Company and the insured disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge or a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

11.1 Pay its chosen appraiser; and

11.2 Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

Intact Insurance Ocean Marine
Contains copyrighted material of Insurance Services Office, Inc. with its permission.

Exhibit A

# Coverage Section IX

## General Exclusions from Coverage
## Applicable to All Coverage Sections

Notwithstanding anything to the contrary provided for in any of the Coverage Sections or the General Conditions of Coverage of this Program, the following exclusions from coverage shall be considered paramount and shall override anything stated to the contrary in any of the Coverage Sections and in the General Conditions of Coverage.

### 1. Extended Radioactive Contamination Exclusion Clause (RACE March 1, 2003)

In no case shall this insurance cover loss, damage, liability or expense directly or indirectly caused by or contributed to or arising from:

1.1  Ionizing radiations from or contamination by radioactivity from any nuclear fuel or from any nuclear waste or from the combustion of nuclear fuel;

1.2  The radioactive, toxic, explosive or other hazardous or contaminating properties of any nuclear installation, reactor or other nuclear assembly or nuclear component thereof;

1.3  Any weapon or device employing atomic or nuclear fission and/or fusion or other like reaction or radioactive force or matter;

1.4  the radioactive, toxic, explosive or other hazardous or contaminating properties of any radioactive matter.  The exclusion in this subclause does not extend to radioactive isotopes, other than nuclear fuel, when such isotopes are being prepared, carried, stored, or used for commercial, agricultural, medical, scientific or other similar peaceful purposes.

This insurance is subject to the Extended Radioactive Contamination Exclusion Clause (3/1/03) provided that:

If fire is an insured peril, and where the subject matter is within the USA, its islands, onshore territories or possessions, and a fire arises directly or indirectly from one or more of the causes detailed in Sub-Clauses 1.1, 1.2 and 1.4 of the Extended Radioactive Contamination Exclusion Clause 3/1/03, any loss or damage arising directly from that fire shall, subject to the provisions of this insurance, be covered, EXCLUDING, however, any loss, damage,

liability or expense caused by nuclear reaction, nuclear radiation, or radioactive contamination arising directly or indirectly from that fire.

### 2. War Risk Exclusion

This insurance does not apply to loss, damage, liability or expense directly or indirectly caused by, contributed to or resulting from:

2.1  Hostile or warlike action in time of peace or war, including action in hindering, combating or defending against an actual, impending or expected attack:

    2.1.1  By any government or sovereign power (de jure or de facto), or by any authority maintaining or using military, naval or air forces; or

    2.1.2  By military, naval or air forces; or

    2.1.3  By an agent of any such government, power, authority or forces, except when such agent is acting secretly and not in connection with any operation of armed forces (whether military, naval or air forces) in the country where the property is situated.

2.2  Any weapon of war employing atomic fission or radioactive force whether in time of peace or war;

2.3  Insurrection, rebellion, revolution, civil war, usurped power, or action taken by governmental authority in hindering, combating or defending against such occurrence, seizure or destruction under quarantine or customs regulations, confiscation by order of any government or public authority;

### 3. Chemical, Biological, Bio-Chemical and Electromagnetic Weapon Exclusion

This insurance does not apply to loss, damage, liability or expense directly or indirectly caused by, or contributed to or resulting from, any chemical, biological, bio-chemical or electromagnetic weapon.

Intact Insurance Ocean Marine
Contains copyrighted material of Insurance Services Office, Inc. with its permission.

Exhibit A

## 4. Punitive Damages Exclusion

This insurance does not apply to loss, damage, liability or expense directly or indirectly imposed on the Insured as punitive or exemplary damages, however described and under whatever circumstances.

## 5. Absolute Pollution Exclusion

5.1    This insurance does not apply to any loss, damage, liability or expense that the insured shall become liable to pay and shall pay for "bodily injury", or "property damage" directly or indirectly arising out of, contributed to, or resulting from, the actual, alleged or threatened "release" of "pollutants" into or upon land, the atmosphere or any watercourse, water supply reservoir or body of water.

It is further agreed that the intent and effect of this exclusion is to delete from any and all coverages afforded by this insurance (except as provided in 5.3 below) any "occurrence", claim, suit, cause of action, liability, settlement, judgment, defense costs or expenses in any way arising out of such "release" whether or not such "release" arises out of the activities of the Insured or the activities of others and whether or not such "release" is sudden or gradual and  whether or not such "release" is expected, intended, foreseeable, fortuitous, accidental or inevitable, and wherever such "release" occurs.

5.2    It is hereby agreed that this insurance shall not apply to:

5.2.1    "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

5.2.1.1    At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured;

5.2.1.2    At or from any premises, site or location which is or was at any time used by or for any Insured or others for the handling, storage, disposal, processing or treatment of waste;

5.2.1.3    Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for the Insured or any person or organization for whom you may be legally responsible; or

5.2.1.4    At or from any premises or site or location on which any Insured or any contractors or subcontractors  working directly or indirectly on any Insured's behalf are performing operations:

5.2.1.4.1    If the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor; or

5.2.1.4.2    If the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

5.2.1.4.3    Arising from products manufactured, sold, handled or distributed by or on behalf of the Insured.

5.2.1.4.4    Arising from operations completed by or on behalf of the Insured.

5.2.2    Any loss, cost or expense arising out of any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

5.2.3    Any loss, cost or expense arising out of any claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring,

Intact Insurance Ocean Marine
Contains copyrighted material of Insurance Services Office, Inc. with its permission.

Exhibit A

cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants".

5.3 This exclusion applies to all Coverage Sections; however, Coverage Sections I, II, III, VI and VII contain provisions which shall be construed as additional to the terms of this exclusion.

# 6. Health Hazard Exclusion

This insurance does not apply to loss, damage, liability, or expense (including "bodily injury," "property damage," or "personal and advertising injury" as defined in Coverage Section III) arising out of or caused by:

6.1 "Asbestos", asbestos fibers or products containing asbestos, "lead", "polychlorinated biphenyl", silica, or benzene;

6.2 Including, but not limited to, inhalation of, ingestion or absorption of, or any singular or continuous or intermittent exposure to, any of the above or any goods or products containing any of the above; or the use of any of the above in goods, products or structures; or the manufacture, transportation, storage, handling, distribution, sales, application, mining, consumption or disposal of any of the above.

6.3 Any obligation of the Insured to indemnify or contribute with another because of damages arising out of such injury or damage; or

6.4 Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection therewith;

6.5 This insurance does not apply to loss, damage, liability or expense (including "bodily injury", "property damage", "personal and advertising injury" as defined in Coverage Section III) directly, indirectly, concurrently or otherwise due to, caused by, arising out of, resulting from, contributed to, aggravated by, or in any way related to:

The continuous, intermittent or repeated exposure to ingestion of, inhalation of or absorption of, any substance, material, product, waste, emission, noise or environmental disturbance for which the Insured is or may be liable for any reason including, but not limited to, as a result of manufacture, production, extraction, sales, handling, utilization, distribution, disposal or

creation by or on behalf of the Insured or such substance, material, product, waste, emission, noise or environmental disturbance.

6.6 It is further agreed that the Company shall have no duty or obligation to provide or pay for the investigation or defense of any loss, cost, expense, claim or suit excluded herein.

# 7. Employment-Related Practices Exclusion

This insurance does not apply to:

7.1 "Bodily Injury" and/or "Personal and Advertising Injury" (as defined in Coverage Section III) to:

    7.1.1 A person arising out of any:

        7.1.1.1 Refusal to employ that person.

        7.1.1.2 Termination of that person's employment; or

        7.1.1.3 Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

7.2 The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" and/or "personal and advertising injury" to that person at whom any of the employment-related practices described in paragraphs 7.1.1.1, 7.1.1.2 or 7.1.1.3 above is directed.

7.3 This exclusion applies:

    7.3.1 Whether the injury-causing event described in paragraphs 7.1.1.1, 7.1.1.2 or 7.1.1.3 above occurs before employment, during employment or after employment of that person;

    7.3.2 Whether the insured may be liable as an employer or in any other capacity; and

    7.3.3 To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Intact Insurance Ocean Marine
Contains copyrighted material of Insurance Services Office, Inc. with its permission.

Exhibit A

## 8. United States Economic and Trade Sanctions Clause

Whenever coverage provided by this policy would be in violation of any United States economic or trade sanctions such as, but not limited to, those sanctions administered and enforced by the United States Treasury Department's Office of Foreign Assets Control ("OFAC"), such coverage shall be null and void.

Similarly, any coverage relating to or referred to in any certificates or other evidences of insurance or any claim that would be in violation of United States economic or trade sanctions as described above shall also be null and void.

## 9. AIMU Cyber Exclusion Clause (11/6/2015)

In no case shall this insurance cover loss, damage, liability, or expense directly or indirectly caused by or contributed to or arising from

1.  any "malicious act" involving the use of any "computer system", "electronic data communications system", "computer virus", or process or any other electronic system; and/or

2.  any access to or disclosure of any "personally identifiable information" or any person's or organization's confidential information, including, but not limited to, patents, trade secrets, processing methods, customer lists, financial information, credit card information, or any other type of nonpublic information; and/or

3.  any action or omission that violates or is alleged to violate any federal, state or local statute that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating, or distribution of any written or electronic material or information.

Where this policy provides coverage for War Risks, section 1 above shall not operate to exclude losses which would otherwise be covered by such War Risks coverage.

Definitions

"Computer system" means computer hardware of any kind; "electronic computer program"; "electronic data processing media"; operating system; media microchip; microprocessor (computer chip); integrated circuit or similar device; computer network

and networking equipment; firmware; server; website; extranet; and all input, output, processing, storage, and off-line media libraries.

"Computer virus" means any corrupting, harmful or otherwise unauthorized instructions or code including, but not limited to, any maliciously introduced unauthorized instructions or code, programmatic or otherwise, that propagate themselves through a "computer system" or network of whatsoever nature.

"Electronic computer program" means computer software, application software, and other recorded instructions for the processing, sequencing, collecting, transmitting, recording, retrieval, or storage of "electronic data".

"Electronic data" means information or knowledge recorded or transmitted in a form usable in a "computer system", microchip, integrated circuit or similar device in non-computer equipment, and which can be stored on "electronic data processing media" for use by an "electronic computer program".

"Electronic data communications system" means any communication system, including a "computer system" and the internet, which provides the Assured with access to another "computer system", microchip, integrated circuit or similar device in non computer equipment, or which provides any party access to the Assured's "computer system", microchips, integrated circuits or similar devices in non-computer equipment.

"Electronic data processing media" means punch cards, paper tapes, floppy disks, CD-ROM, hard drives, magnetic tapes, magnetic discs or any other tangible personal property on which "Electronic data" or "electronic computer programs" are recorded or transmitted, but not the "electronic data" or "electronic computer programs" themselves. Money or securities are not "electronic data processing media".

"Malicious act" shall mean the intentional and wrongful action or actions of one or more persons, whether or not agents of a sovereign power.

"Personally identifiable information" shall mean information, whether printed or digital, encrypted or unencrypted, in the care custody or control of any Assured which alone or in conjunction with other information can be used to uniquely identify an individual. However, "personally identifiable information" does not include information which is lawfully available to the general public.

MPP 0001 05 20 Midwest A                    Intact Insurance Ocean Marine                    Page 24 of 30
Contains copyrighted material of Insurance Services Office,
Inc. with its permission.

Exhibit A

# Coverage Section X

## General Conditions of Coverage
## Applicable to All Coverage Sections

The following conditions of coverage apply to all Coverage Sections of this insurance program, including endorsements.

## 1. Insured

With respect to the insurance provided hereunder, the unqualified word "Insured" includes the Named Insured, provided that (1) if the Named Insured is designated as an individual, the insurance applies only to the conduct of a business of which he is a sole proprietor, (2) if the Named Insured is or includes a partnership or joint venture, any partner or member thereof but only in respect to his liability as such, and (3) the employees of the Insured are acting within the scope of their duties and in the course of their employment.

This insurance applies separately to each Insured against whom claim is made or suit is brought, but the inclusion herein of more than one Insured shall not operate to increase the applicable limit of this Company's liability.

## 2. Deductible

2.1   This insurance will not pay for loss or damage in any one "occurrence" until the amount of loss or damage exceeds the applicable deductible shown in the Declarations or endorsed to the policy.  This insurance will then pay for the loss or damage in excess of the deductible, up to the applicable limit of insurance shown in the Declarations.   The Deductible applies to all partial and constructive losses.   One "occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

2.2   No deductible applies to Coverage  Section II or Section III unless a deductible is shown in the Declarations.

## 3. Limits of Liability

3.1   The Limits of Liability of this Company are the insurance limits stated in the Declarations for each Coverage Section. The limits include all loss, damage and expenses which arise out of one occurrence.

3.2   The Company's liability with respect to all loss, damage or expenses which arise out of any one accident or occurrence shall not exceed the limit indicated in the Declarations regardless of how many separate injuries or claims arise out of such accident or occurrence.

## 4. Claim Costs and Expenses

The cost of defending any suit against the Insured on any claim based on a liability or an alleged liability of the Insured covered by any of the liability Coverage Sections, shall be payable by this insurance if the amount of the claim hereunder exceeds the amount of the deductible shown in the Declarations, but this insurance shall not be liable for the cost or expense of prosecuting or defending any suit unless the same shall have been incurred with the written consent of this Company.  This Company, however, reserves the right of naming attorneys who shall represent the Insured in prosecution or defense of any litigation or negotiations between the Insured and third parties concerning any claim covered by this policy.  This Company shall  control the   direction of such litigation or negotiations.   If the Insured shall fail or refuse to settle any claim as authorized by this Company, the liability of this Company shall be limited to the amount for which settlement could have been made. The right and duty to defend ends when the applicable limits of insurance shown in the Declarations have been exhausted in the payment of judgments and/or settlements and/or claim costs and expenses under the relevant Coverage Section; the costs and expenses of defending any suit against the Insured are included in determining when the applicable limits of insurance have been reached.

## 5. Records and Reports

The Insured agrees to maintain accurate records pertaining to coverages under this insurance program and to report to this Company as specified in the Declarations or applicable Coverage Sections. Such records shall be open to inspection by this

Intact Insurance Ocean Marine
Contains copyrighted material of Insurance Services Office,
Inc. with its permission.

Exhibit A

Company or their representatives at all times during normal business hours during the currency of this policy and for three (3) years following expiration or until final settlement of all claims, whichever is later.

## 6. Inspections and Surveys

This Company has the right but is not obligated to:

6.1  Make inspections and surveys at any time;

6.2  Give you reports on the conditions found; and

6.3  Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. This Company does not make safety inspections nor undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public.

And this Company does not warrant that conditions:

6.4  Are safe or healthful; or

6.5  Give you reports on the conditions found; and

This condition applies not only to this Company, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

## 7. Concealment, Misrepresentation or Fraud

This insurance Program shall be void as to all interests insured if, whether before or after a loss, any insured hereunder has concealed or misrepresented any material fact or circumstance concerning this insurance or the subject thereof, or the interests of the insured therein, or in the case of any fraud or false swearing by any insured hereunder relating thereto.

## 8. Notice of Loss

The Insured shall as soon as practicable report in writing to the Company or its agent every loss, damage or occurrence which may give rise to a claim under this policy and shall also file with the Company or its agent within ninety (90) days from date of discovery of such loss, damage or occurrence, a detailed sworn proof of loss. If claim is made or suit is brought against the Insured, the In-

sured shall immediately notify the Company and forward to the Company every demand, notice, summons or other legal process.

## 9. Protection of Property and Cooperation of the Insured

In case of loss it shall be necessary and lawful for the Insured, his or their factors, employees and assigns, to sue, labor and travel for, in and about the defense, safeguard and recovery of the property insured hereunder, or any part thereof, without prejudice to this insurance, nor shall the acts of the Insured or Company, in recovery, saving and preserving the property insured in case of loss be considered a waiver or acceptance of abandonment. The expense so incurred shall be borne by the Insured and the Company proportionately to the extent of their respective interests.

The Insured shall cooperate with the Company and upon the Company's request shall aid in securing information, evidence, obtaining of witnesses and in all other matters which the Company may deem necessary in respect to any occurrence as hereunder provided.

## 10. Payment of Losses

All adjusted claims shall be paid or made good to the Insured within sixty (60) days after presentation and acceptance of satisfactory proof of interest and loss at the office of this Company. No loss shall be paid or made good if the Insured has collected the same from others.

## 11. Subrogation

In the event of any payment under this policy the Company shall be subrogated to all the Insured's rights of recovery thereof against any person or entity, and the Insured shall do whatever necessary to secure such rights.

## 12. Impairment of Recovery Rights

If any act or agreement of the Insured, before or after a loss arises, impairs the Insured's right to recover from others, the Company will not cover the loss or damage; nor will the Company cover any loss or damage which the Insured settles or compromises without the written consent of the Company.

**MPP 0001 05 20 Midwest A**                    Intact Insurance Ocean Marine                    **Page 26 of 30**
Contains copyrighted material of Insurance Services Office,
Inc. with its permission.
Exhibit A

## 13. Cancellation

Either the Insured or the Company can cancel this policy at any time.

13.1 Cancellation By The Insured

The Insured can cancel this insurance by sending the Company notice of the future date the Insured wants the coverage to end. The Company will then refund any unearned portion of the premium you paid, on a short-rate basis.

13.2 Cancellation by the Company

The Company can cancel the insurance, or any individual Coverage Section, by sending to the Insured first named in the Declarations, at the address shown on the Declarations, notice of the effective date of cancellation. The Company must do this at least 30 days prior to the cancellation date unless the Company is canceling the insurance because the Insured failed to pay premiums. In that case, the Company is required to give the Insured only 10 days notice. Mailing or delivery of the notice will be proof that the Insured was informed of the cancellation. The Company will also notify any mortgagee shown in the Declarations.

13.3 Additional premium may be due and owing to this Company upon cancellation for those Coverage Sections underwritten on a reporting basis, since reports are to be rendered to the date of cancellation.

## 14. Conformity to Statutes

Terms of this insurance which are in conflict with the statutes of the State wherein this insurance is issued are hereby amended to conform to the minimum requirements of such statutes.

## 15. Transfer of Legal Rights

The Insured may not agree to transfer any legal rights or interest the Insured has in this policy without the prior written consent of the Company.

However, if the Insured is an individual and the Insured dies, the Company will provide the following coverage:

15.1 To the insured's legal representative, but only with respect to duties as such. That repre-

sentative will have all your rights and duties under this policy.

15.2 To any person who has proper temporary legal custody of the Insured's property, but only with respect to liability arising out of the maintenance or use of that property and until a qualified legal representative is appointed.

## 16. No Benefit to Bailee

No person or organization, other than the Insured, having custody of Covered Property, will benefit from this insurance.

## 17. Other Insurance

17.1 The Insured may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under any of the Coverage Sections of this Program. If so, the Company will pay its share of the covered loss or damage. That share is the proportion that the applicable Limit of Insurance under the pertinent Coverage Section bears to the Limits of Insurance of all insurance covering on the same basis.

17.2 If there is other insurance covering the same loss or damage, other than that described in 17.1 above, the Company will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether the Insured can collect on it or not. But the Company will not pay more than the applicable Limit of Insurance.

## 18. Changes

This policy contains all the agreements between the Insured and the Company concerning the insurance afforded. The Insured first named in the Declarations is authorized to make changes in the terms of this Program with the consent of the Company. This policy's terms can be amended or waived only by endorsement issued by the Company and made part of this insurance Program.

## 19. Coinsurance

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

Intact Insurance Ocean Marine
Contains copyrighted material of Insurance Services Office,
Inc. with its permission.

Exhibit A

19.1  The Company will not pay the full amount of any loss if the value of the insured property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, the Company will determine the most the Company will pay using the following steps:

19.1.1  Multiply the value of the insured property at the time of loss by the coinsurance percentage;

19.1.2  Divide the Limit of Insurance of the property by the figure determined in step 19.1.1;

19.1.3  Multiply the total amount of loss, before the application of any deductible, by the figure determined in step 19.1.2; and

19.1.4  Subtract the deductible from the figure determined in step 19.1.3.

The Company will pay the amount deermined in step 19.1.4 or the Limit of Insurance, whichever is less. For the remainder, the Insured will either have to rely on other insurance or absorb the loss itself.

19.2  If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

## 20. Time for Suit

20.1  No action shall lie against the Company for the recovery or any liability loss sustained by the Insured unless such action be brought against the Company within one (1) year after the final judgment or decree is entered in the litigation against the Insured, or in case the claim against the Company accrues without the entry of such final judgment or decree, unless such action be brought within one (1) year from the date of the payment of such action.

20.2  No action shall lie against the Company for the recovery of any claim for loss or damage to the Insured's own property (or other property insured on a first-party basis) unless commenced within one (1) year after the calendar date of the happening of the physical loss or damage out of which the claim is said to have arisen.

20.3  Provided, however, that where the limitations of time provided for in 20.1 and 20.2 are prohibited by the State wherein this insurance is issued, then and in that event no action under this insurance shall be sustainable unless commenced within the shortest limitation permitted under the laws of such State.

## 21. Mortgagee and Trustee Interest

21.1  If there is loss to any real property covered under any Coverage Section, the Company will pay any mortgagee or trustee named in the Declarations up to his, her or its interest in that property. This provision will apply to all present or future mortgages in the order of precedence of these mortgages.

Regarding the interest of any mortgagee or trustee designated in the Declarations, this insurance will not be invalidated by any of the following:

21.1.1  Any act or neglect by any mortgagor or owner of the property;

21.1.2  Foreclosure or other proceedings, or notice of sale relating to the property;

21.1.3  Change in title or ownership  of the property; or

21.1.4  Occupation of the premises for the purposes more hazardous than existed when this insurance took effect.

The mortgagee or trustee must notify the Company of any change of ownership or occupancy, or of any increase in hazard which he, she or it learns about.  If required by the Company, the insurance program will be amended to reflect this change.  If the Insured fails to pay any premium due because of an increase in hazard, the mortgagee or trustee must pay this premium.

And if the Insured fails to pay any premium due under this policy, the Company has a right to collect the premium from the mortgagee or trustee.

21.2  Mortgagee Interest After a Loss

If the Company pays any loss under this insurance program to a mortgagee, and the

Intact Insurance Ocean Marine
Contains copyrighted material of Insurance Services Office, Inc. with its permission.

Exhibit A

Company claims it didn't have a legal duty to make payment to the mortgagor or owner, the Company can take over all the rights of the mortgagee, to the extent of our payment. These rights apply to all the securities that were pledged to secure the mortgage loan.

If the Company declines to do that, the Company is allowed to pay the mortgagee the rest of the principal and the interest on the mortgage. The Company will then get a full assignment and transfer of the mortgage right away. That means the Company has all the rights the mortgagee had originally. However, an assignment will not impair the right of the mortgagee to recover the full amount of its claim.

## 22. Captions, Titles Clause

Captions, titles and indexes used in this insurance Program are used for ease of reference only, and are not to be used to interpret the terms, conditions, exclusions or limitations of the insurance provided under the program.

## 23. Reporting and Adjustment

Insurance provided under Sections I and III of this policy are subject to the deposit shown in the Declarations, and to an annual adjustment of the earned premium at the rates indicated unless a Flat premium is indicated.

The Insured shall report to the Company, or its Agent, within 30 days following the expiry of this insurance, an accurate statement of:

23.1 Total "receipts";

"Receipts" means gross income from dock / slip rental, mooring rental, storage, hauling/launching, fueling, boat brokerage commissions, repairs including parts and labor, regatta fees, sailing schools, membership dues, boat rental, camping fees, cabin rental, gate fees, subcontractor receipts, tenant rents and all other miscellaneous income.

23.2 Total "sales";

"Sales" means gross income from sale of new and/or used boats, boat trailers, marine engines, marine supplies and accessories, internet and ship store sales, restaurant / convenience store / snack bar / liquor sales.

The earned premium shall be calculated by applying the figures reported above to the rates indicated in the Declarations. If the earned premium is less than the deposit premium, and the coverage section is not subject to a minimum premium, the difference shall be refunded to the Insured. If the earned premium exceeds the deposit premium, the amount of such excess shall be paid by the Insured to the Company as an additional premium at the time of filing the report on which the earned premium is due.

23.3 Boat Dealer's Inventory

Refer to Coverage Section IV, Boat Dealers Insurance, Clause 12, Reporting and Adjustment.

## 24. Definitions

"Asbestos" means all forms of actinolite, amosite, anthophyllite, chrysotile, crocidolite, tremolite, asbestos containing materials, asbestos products, asbestos fibers, asbestos dust, asbestos waste, or any goods, products, or structures containing asbestos.

"Bodily Injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

"Employee" means any person working in the business of the Insured or any company related or affiliated with the Insured and who is compensated for their time and who receives either a W-2 or 1099 from the insured. This definition does not apply to any liability arising under Coverage Section III, Commercial General Liability.

"Lead" means all lead, lead dust, lead-based products, lead-containing materials, lead-containing waste, or any goods, products, or structures containing lead.

"Loss" means direct and accidental loss or damage.

"Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

"Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, oil, fuel, cargo, petroleum products, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

Intact Insurance Ocean Marine
Contains copyrighted material of Insurance Services Office, Inc. with its permission.

Exhibit A

"Polychlorinated biphenyl" means any product which is known as polychlorinated biphenyl, contains polychlorinated biphenyl, has the same chemical formula as polychlorinated biphenyl, is a derivative of polychlorinated biphenyl, or is generally known in the chemical trade as having a like formulation, structure, or function as polychlorinated biphenyl regardless of the name under which it is manufactured, sold or distributed.

"Property Damage" means :

A.    Physical injury to tangible property, including all resulting loss of use of that property.  All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

B.    Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the occurrence that caused it.

"Release" means discharge, dispersal, seepage, release or escape of "pollutants".

Intact Insurance Ocean Marine
Contains copyrighted material of Insurance Services Office, Inc. with its permission.

Exhibit A

# HEALTH HAZARD EXCLUSION

In consideration of the premium for which this policy is issued, and subject to the terms and conditions of the policy, it is agreed that:

A.  Section IX, General Exclusions from Coverage Applicable to All Sections – Paragraph **6. – Health Hazard Exclusion** – of the policy is amended to the following:

**6. Health Hazard Exclusion**

This insurance does not apply to:

**6.1** Loss, damage, liability, or expense (including "bodily injury", "property damage", "personal and advertising injury" as defined in Coverage Section III) arising out of or caused by:

**6.1.1** "Asbestos", asbestos fibers or products containing asbestos, "lead", "polychlorinated biphenyl", silica, or benzene;

**6.1.2** Including, but not limited to, inhalation of, ingestion or absorption of, or any singular or continuous or intermittent exposure to any of the above listed in **6.1.1** or any goods or products containing any of the above listed in **6.1.1**; or the use of any of the above listed in 6.1.1 in any goods, products or structures; or the manufacture, transportation, storage, handling, distribution, sales, application, mining, consumption or disposal of any of the above listed in **6.1.1**.

**6.2** Any obligation of the Insured to indemnify or contribute with another because of damages arising out of such injury or damage listed in **6.1**;

**6.3** Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with the above listed in **6.1.1**;

**6.4** Loss, damage, liability, or expense (including "bodily injury", "property damage", "personal injury" or "advertising injury" as defined in Coverage Section III) directly, indirectly, concurrently or otherwise due to, caused by, arising out of, resulting from, contributed to, aggravated by, or in any way related to:

The continuous, intermittent or repeated exposure to ingestion of, inhalation of or absorption of, any substance, material, product, waste, emission, noise or environmental disturbance for which the Insured is or may be liable for any reason including, but not limited to, as a result of manufacture, production, extraction, sales, handling, utilization, distribution, disposal or creation by or on behalf of the Insured or such substance, material, product, waste, emission, noise or environmental disturbance.

It is further agreed that the Company shall have no duty or obligation to provide or pay for the investigation or defense of any loss, cost, expense, claim or suit excluded herein.

Exhibit A